AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Darryl Patterson

**SUMMONS IN A CIVIL CASE**

V.

Corley Clarence and the Washington
Metropolitan Area Transit Authority

CASE N  1:05CV01105

...ry/Malpractic

TO: (Name and address of Defendant)

Corley Clarence
6850 Southfield Road
Fort Washington, MD 20744

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan E. Halperin, Esquire
Paul Cornoni, Esquire
Regan, Halperin & Long
1919 M Street, NW Suite 350
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUN 02 2005

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/16/05 Thursday |
| NAME OF SERVER (PRINT) HUBERT A SHEPPARD | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6850 Southfield Rd
   Fort Washington, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/05
                Date              Signature of Server

PO Box 549 Laurel MD 20725
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.