UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARRYL PATTERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil A. No. 05-1105 (RCL) |
| COREY CLARENCE and WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) ) |
| Defendants. | ) ) |

ORDER

Defendants have filed an Answer to Plaintiff's Complaint. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between Plaintiff and Defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.

All filings shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 7, 2005.