UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRYL PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1105 (RCL) |
| ) | |
| COREY CLARENCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff has failed to comply with this Court's Order [5] of July 7, 2005. Plaintiff shall show cause, within five (5) days of this date, why this case should not be dismissed for failure to prosecute.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 5, 2005.