UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARRYL PATTERSON** | : |
| Plaintiff, | : |
| | : Case No. 05-1105 |
| v. | : (RCL) |
| **WMATA, et al.** | : |
| Defendants. | : |

**PARTIES RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE AND JOINT MOTION TO ENLARGE TIME TO FILE LCvR 16.3 REPORT**

The parties, jointly, by and through undersigned counsel, hereby move to enlarge time for filing of their Rule 16.3 Report from it's original due date of July 22nd, to October 15, 2005. In support of this Joint Motion, the parties state as follows:

1. Plaintiff Patterson's lawsuit was filed on June 2, 2005.

2. On July 7, 2005, Defendants WMATA and Clarence filed their Answer electronically through counsel.

3. On July 8, 2005, the Court entered an Order regarding scheduling and requested counsel to meet and confer and prepare a Rule 16.3 Report. For reasons unknown to counsel, neither Plaintiff's counsel nor defense counsel received an ECF notice, or any notice at all, of the Court's electronic filing of a Scheduling Order.

4. The last ECF notice either counsel received in the above-captioned case was on July 7, 2005. That was the notice of electronic filing of the Answer filed by defense counsel, Sara Lynne Bloom, Esquire.

5. On October 5, 2005, counsel for the defendants was checking pending matters and decided to query the PACER System concerning the status of the case, as she did not recall having received an initial Order.

6. Upon accessing PACER, counsel for the defendant determined that the Order reflected and sent by PACER on July 8, 2005 had not been received. She carefully checked her files and determined that she had not received that Order. She then called counsel for the Plaintiff.

7. On October 5, 2005 after counsel for the Plaintiff, Jonathan E. Halperin, took Ms. Bloom's call, and checked his files and Microsoft Outlook archives, counsel determined that he too had not received Notice of Electronic Filing of the Court's July 8, 2005 Order regarding scheduling.

8. Neither party will be prejudiced by the granting of this motion.

9. Therefore, the parties for good cause shown, hereby request that the Court enlarge the time period for filing of the parties' Rule 16.3 Report, nunc pro tunc to October 15, 2005. Counsel are now diligently preparing the Joint Report.

## CONCLUSION

For all of the foregoing reasons, as are fully explained above, the parties jointly request, for good cause shown, that the Court enlarge time for filing of the Rule 16.3 Report nunc pro tunc to October 15, 2005.

Respectfully submitted,                                     Respectfully submitted,


_____/s/_____                            _____/s/_____
Jonathan E. Halperin   #435512                              Sara L. Bloom, Esquire
Paul Cornoni           #489398                              Assistant General Counsel, WMATA
1919 M Street, N.W., Suite 350                              600 Fifth Street, NW

2

Washington, D.C.  20001  
Ph:   (202) 463-3030  
*Counsel for Plaintiff*

Washington, DC  20001  
PH: (202) 962-2420  
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARRYL PATTERSON** | : |
| **Plaintiff,** | : |
| | **Case No. 05-1105** |
| v. | : (RCL) |
| **WMATA, et al.** | : |
| **Defendants.** | : |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO ENLARGE TIME TO FILE LCvR 16.3 REPORT

The parties jointly, by and through counsel, hereby file the following Memorandum of Points and Authorities in Support of Joint Motion to Enlarge Time to File LCvR 16.3 Report and refer the Court to the following rules of procedure:

1. FRCP 16.

2. LCvR 16.3.

Respectfully submitted,                                  Respectfully submitted,

_____/s/_____                _____/s/_____
Jonathan E. Halperin   #435512              Sara L. Bloom, Esquire
Paul Cornoni           #489398              Assistant General Counsel, WMATA
1919 M Street, N.W., Suite 350              600 Fifth Street, NW
Washington, D.C. 20001                      Washington, DC 20001
Ph: (202) 463-3030                          PH: (202) 962-2420
*Counsel for Plaintiff*                     *Counsel for Defendant*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARRYL PATTERSON** | : |
| **Plaintiff,** | : |
| | : **Case No. 05-1105** |
| v. | : **(RCL)** |
| **WMATA, et al.** | : |
| **Defendants.** | : |

### ORDER

Upon consideration of the parties' Joint Motion to Enlarge Time to File LvcR 16.3 Report and the entire record herein, it is this _____ day of _____ , 2005, for good cause shown, hereby:

ORDERED that the parties' Motion to Enlarge Time be and the same hereby is GRANTED and it is

FURTHER ORDERED that the parties file the LCvR 16.3 report on or before October 15, 2005.

SO ORDERED.

_____
Hon. Royce C. Lambert
United States District Judge

cc:   Jonathan E. Halperin, Esquire
      Regan, Halperin & Long, PLLC
      1919 M Street, NW, Suite 350
      Washington, DC 20036

      Sara L. Bloom, Esquire

Assistant General Counsel, WMATA  
600 Fifth Street, NW  
Washington, DC  20001

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Joint Motion to Enlarge Time to File LvcR 16.3 Report was mailed, postage prepaid, this 7th day of October, 2005 to:

> Sara L. Bloom, Esquire
> Assistant General Counsel, WMATA
> 600 Fifth Street, NW
> Washington, DC  20001

_____/s/_____
Jonathan Halperin