UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DARRYL PATTERSON, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1105 (RCL) |
| WMATA, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Upon consideration of the parties' Joint Motion [7] to Enlarge Time to File LCvR 16.3 Report and the entire record herein, it is hereby

ORDERED that the parties' Joint Motion [7] to Enlarge Time is GRANTED. It is further

ORDERED that the parties file the LCvR 16.3 Report on or before October 15, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 11, 2005.