**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **DARRYL PATTERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1105 (RCL)** |
| | ) | |
| **WMATA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

### ORDER

Upon consideration of the Meet and Confer Statement [9] submitted by the parties on

October 12, 2005 and a review of the record herein, and it appearing to the Court that the parties

have jointly agreed on a discovery schedule that appears reasonable to the Court, it is hereby

ORDERED that the Meet and Confer Statement [9] is incorporated into this Order; and it

is further

ORDERED that the following discovery deadlines are established for this litigation:

1.  Plaintiff Identifies Experts by 1/12/06;

2.  Defendants Identify Experts by 2/12/06;

3.  Plaintiff Identifies Rebuttal Experts by 3/12/06;

4.  Discovery Closes on 5/12/06;

5.  Dispositive Motions filed by 6/12/06.

After disposition of any dispositive motions, the Court will schedule a status conference

at which dates for pretrial and trial will be set.  With the consent of the parties, all discovery

disputes shall be referred to a magistrate judge for resolution.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 12, 2005.