

**The George Washington University Hospital**

OPERATIVE REPORT

NAME OF PATIENT:          PATTERSON, DARRYL
MEDICAL RECORD #:         2308717
DATE OF PROCEDURE:        06/26/03

SURGEON:                  RICHARD BARTH, M.D.

SERVICE:


PREOPERATIVE DIAGNOSIS:   Traumatic amputation left index
finger.

POSTOPERATIVE DIAGNOSIS:  Traumatic amputation left index
finger.

PROCEDURE:                Revision amputation left index
finger with rotation flap coverage.

ESTIMATED BLOOD LOSS:     Minimal.

COMPLICATIONS:            None.

ANESTHESIA:               Local with sedation versus
general.

NOTE:
It has come to my attention today, 07/26/03, that the operative
note I dictated on Darryl Patterson on 06/25/03 is unavailable.
I am, therefore, redictating this operative note.

INDICATIONS FOR PROCEDURE:  Mr. Patterson was injured earlier
today, 06/25/03.  His left index finger was crushed by a Metro
bus. He suffered a traumatic amputation of his left index finger.
He was seen in the emergency room.  The amputated part was
crushed and mangled.  Union Memorial was contacted by the ER
staff for potential reimplantation.  This was not an option, and
the transfer was turned down.  He had a traumatic amputation to
his left index finger.  There were a few fragments of middle
phalanx which remained which were comminuted.  The skin which
remained had been crushed and mangled, and there was significant
exposed bone.  I have recommended shortening and closure.  I have
gone over the operative procedure with Mr. Patterson.  He would
like to maintain as much length as possible, although this
certainly will need to be shortened to provide closure.  My
ultimate recommendation will be to proceed with a ray resection,
but he is not ready to make that decision at this point.  He
consented.

COPY

PATTERSON, DARRYL
2308717
OPERATIVE REPORT
PAGE: 2

DESCRIPTION OF PROCEDURE:  The patient was brought into the operating room, identified as Darryl Patterson, and placed supine on the operative table.  After satisfactory anesthesia and preoperative antibiotics, the left upper extremity was prepped and draped in the usual sterile fashion.  The fragments of middle phalanx were excised.  The nonviable skin was excised.  There was a long flap of tissue which was viable on one aspect of the digit.  The condyles were exposed elsewhere.  I, therefore, shortened the bone at the level of the neck of the proximal phalanx and smoothed the bone surfaces.  I copiously irrigated the wound, performed traction neurectomies, cauterized the digital vessels which were not bleeding as this was an avulsion injury.  I then advanced the flap around to provide satisfactory closure.  All dogears were trimmed.  A bulky compressive dressing was applied.  The patient tolerated the procedure well.  There were no complications.

DISPOSITION:  The patient was discharged home in stable condition.  He was given routine written and verbal hand instructions.  He will follow up in my office in 7- to 10 days.

RICHARD BARTH, M.D.                Date:            Time:
DICTATED BY: RICHARD BARTH, M.D./62869
D: 07/26/03 09:33
T: 07/27/03
Job: 72187/21

cc:  RICHARD BARTH, M.D.

# THE GEORGE WASHINGTON UNIVERSITY HOSPITAL

900 23rd St. N.W.
Washington, D.C. 20037
Surgical/Cytology (202)715-4665
Bone Marrow      (202)715-4617
Fax                    (202)715-4693

*Patient:* **PATTERSON, DARRYL**
*Med Rec #:* 002308717   *Account #:* 0107611287
*Location:* Emergency Room
*DOB:* 03/10/1964  *Age:* 39yr  *Sex:* M  *Race:*
*Attending Physician:* Smith, Jeffrey P, MD
*Additional Physician:* Barth, Richard Werner, MD
*Additional Physician:*

Accession #: **03 - S - 5466**                    Date Collected:    **06/26/03**

## SURGICAL PATHOLOGY REPORT

### DIAGNOSIS

**Left index, revision amputation:**
  : Fragments of articular cartilage, bone and skin.

Electronically Signed by attending pathologist on 07/01/03 @ 07:48

I attest to the fact that I have personally reviewed the materials in
this case and agree with the above interpretation.

Arnold Schwartz, M.D., PhD

Vasuki Anandan, M.D.

### SPECIMEN

BONE AND SOFT TISSUE LEFT INDEX FINGER

### HISTORY

Traumatic amputation, left index.

PROCEDURE PERFORMED:  Revision amputation, left index.

### GROSS DESCRIPTION

The specimen is received in a single formalin-filled container labeled
"Patterson, Darryl" and "left index finger bone and soft tissue".  The
specimen consists of fragments of skin, soft tissue, tendon and bone
measuring, in aggregate, 4 x 3 x 1.8 cm.  The two irregular fragments of
skin measure 2 x 1.4 cm and 3 x 1.8 cm.  The epidermal surface is
tan-brown and wrinkled.  Representative sections are submitted in
cassettes 03-S-5466 A and B.

Described by:   Vasuki Anandan, M.D.

---

Patient's Name PATTERSON, L cyl        887293dp

| Date | Subsequent visits and findings |
|------|-------------------------------|
| 07/07/2003B | Mr. Patterson returns for followup of his LEFT index finger. I have removed his dressings and his sutures, and the wound looks good. His X-RAYS today are satisfactory postoperatively. I have started him on some range of motion exercises, and I will check him in a month. <br><br> He has asked me about why his finger was not replanted. The injury was a crush avulsion injury. Union Memorial was actually contacted by the ER, and they refused transfer as this was not a replantable digit. In addition, Mr. Patterson has spoken to a former patient of mine who had an index finger ray resection. It turns out they are neighbors. He is very pleased with the cosmetic appearance of the ray resection and would consider this in the future. <div align=right>RWB:mdi:klt</div> |
| 07/30/2003B | No show. <div align=right>RWB:mdi:klt</div> |
| 08/05/2003U | Follow up visit. This gentleman returns. He has a lot of complaints and questions regarding his amputated finger. He is complaining of some pain. There is a small amount of purulent drainage from the tip. I have placed him on Keflex. I have directed him back to Dr. Barth for the answers to these questions. <div align=right>ASU:mdi:klt</div> |
| 08/13/2003B | Mr. Patterson saw Dr. Unger last week. Apparently, there was some purulent drainage. Mr. Patterson states that when he gets up in the morning, he pushes on the tips of his finger, and purulent drainage is expressed. He was put on Keflex, and he tells me the drainage has improved, but it persists. He is very tender over the entire index finger and hand. He is somewhat better than he was. He has tried to return to using his hand but still has too much pain. <br><br> I have examined him today. He has a small pyogenic granuloma volarly. I see no definite drainage today, and there is no definite sign of infection. He points to the area around the pyogenic granuloma as the area where purulent drainage occurs. He is adamant that this is not a serous type of drainage but rather purulent. He is diffusely tender over the proximal phalanx and index finger metacarpal. <br><br> X-RAYS today of his LEFT index finger demonstrate no evidence of osteomyelitis or foreign body. <br><br> I have discussed options with Mr. Patterson. He has had purulent drainage which has been going on now for at least a week. I have recommended I&D and culture. I have gone over the risks and benefits of this procedure, expected outcome and postoperative course with him. I have answered his questions. This will be done in the next few days as an outpatient under local anesthesia. I plan to open up the area for the drainage, culture it, wash it out and the close it if appropriate. I can cauterize his pyogenic granuloma at the same time. <div align=right>RWB:mdi:klt</div> |

**DRS. LEWIS, UNGER AND BARTH, P.C.**
ORTHOPAEDIC SURGERY

2021 K STREET, SUITE 400          8218 WISCONSIN AVE., SUITE P-10
WASHINGTON, DC 20006              BETHESDA, MARYLAND 20814
(202) 466-5151                    (301) 718-5151

3-205248

| Date | Subsequent visits and findings |
|------|-------------------------------|
| 08/15/2003B | Sibley surgery, in and out.  LEFT index finger excision of a pyogenic granuloma extending deep, deep culture at distal aspect of index finger phalanx, I&D and skin closure.  Operative findings were notable for a large pyogenic granuloma which extended deep.  I found no purulent collection.  Note that Mr. Patterson discontinued his antibiotics 2 days ago because they were bothering his stomach.  I do not think he needs antibiotics at this point.  I will check him in 7 to 10 days.<br><br>RWB:mdi:klt |
| 09/22/2003B | We finally tracked Mr. Patterson down.  His cultures from surgery grew Staph. aureus.  He has been out of town on an extended vacation.  He took his own sutures out.  He tells me he is doing fine except for some sensitivity in the tip.<br>His EXAM today demonstrates good range of motion of his MP joint.  The incision is tender, but clinically there is no sign of infection.  There is no warmth or erythema.<br><br>X-RAYS today show no sign of osteomyelitis.<br><br>I have gone over the signs and symptoms of an infection with Mr. Patterson.  He has no restrictions at this point.  I will check him in 2 months with a final X-RAY.  We have again discussed the option of proceeding with a ray resection, and he is not interested.<br><br>RWB:mdi:klt |
| 11/26/2003B | Mr. Patterson is overall doing reasonably well.  He is having a number of problems, as expected.  He has trouble with heavy gripping, and he tells me he is getting some palmar pain and forearm pain.  He tells me he fatigues a little more easily and lost control of his sanding machine last week.  He also notes some tenderness over the longitudinal incision but not the transverse incision over his amputation site.  No numbness or tingling.<br><br>Mr. Patterson wonders today if there is any brace he can use to increase his grip strength.<br><br>His EXAM today demonstrates full range of motion of his wrist and digits, including his index finger MP joint.  He has no tenderness over the transverse portion of the incision at the tip of the index finger, but there is a longitudinal incision which is still tender.  He has full motion of the remaining digits.  There is no sign of infection and no significant objective swelling.<br><br>I have taken an X-RAY of his LEFT index finger today.  I see no sign of osteomyelitis.<br><br>I have had a lengthy discussion today with Mr. Patterson about options.  He is a bit frustrated by the functional problems he is having.  I have explained to Mr. Patterson that he has lost his index finger, and this will affect his grip.  There will be some things he will have difficulty with, and he will certainly lose some grip strength.  However, I think he will be able to adapt, and we have discussed this. |

**DRS. LEWIS, UNGER AND BARTH, P.C.**

ORTHOPAEDIC SURGERY

2021 K STREET, SUITE 400          8218 WISCONSIN AVE., SUITE P-10
WASHINGTON, DC 20006          BETHESDA, MARYLAND 20814
(202) 466-5151          (301) 718-5151

| Date | Subsequent visits and findings |
|------|-------------------------------|
| (cont) 11/26/2003B | I have explained to Mr. Patterson that there is no brace that will help with his grip. Essentially, he has 3 fingers gripping now instead of 4. He has no restrictions. I see no sign of persistent infection. I think the sensitivity will improve for another 6 months. I have answered his questions. I will see him in 3 months for a final check. Mr. Patterson is not interested in a ray resection.<br><br>RWB:mdi:klt |

**DRS. LEWIS, UNGER AND BARTH, P.C.**

ORTHOPAEDIC SURGERY

2021 K STREET, SUITE 400
WASHINGTON, DC 20006
(202) 466-5151

8218 WISCONSIN AVE., SUITE P-10
BETHESDA, MARYLAND 20814
(301) 718-5151

S-205248



## SIBLEY MEMORIAL HOSPITAL
## OPERATIVE SUMMARY

PATIENT NAME:               PATTERSON, DARRYL
MEDICAL RECORD NUMBER:      588-012
ACCOUNT NUMBER:             19015759

DATE OF PROCEDURE:          08/15/03
SURGEON:                    RICHARD W. BARTH, M.D.
ASSISTANT:
PREOPERATIVE DIAGNOSIS:     Rule out osteomyelitis, left index
                            finger, status post amputation.
POSTOPERATIVE DIAGNOSIS:    Pyogenic granuloma; doubt osteomyelitis.
PROCEDURE PERFORMED:        Examination of pyogenic granuloma, left
                            index finger, with irrigation and
                            debridement and deep culture of bone,
                            proximal phalanx.

ANESTHESIA:                 Metacarpal block.

ESTIMATED BLOOD LOSS:       Minimal.

COMPLICATIONS:              None.

TOURNIQUET TIME:            Approximately 20 minutes.

INDICATIONS FOR PROCEDURE:     The patient is a 39-year-old gentleman
who had his left index finger amputated by a Metro bus. He underwent
a primary amputation at the P1 level. He initially did well but saw
my partner, Dr. Unger, last week, complaining of purulent drainage.
He was started on Keflex. I saw him in the office on Wednesday. He
was complaining of persistent purulent drainage in the morning. This
was despite a week of antibiotics. I went over options. I discussed
options with him. I recommended I&D and culture. I have answered his
questions.

                     In the interim, the patient discontinued
his antibiotic on his own. The drainage apparently improved this
morning. I again discussed options. We will proceed with
exploration, culture, and I&D.

DESCRIPTION OF PROCEDURE:     The patient was brought into the
operating room and properly identified and placed supine on the
operating table. A metacarpal block was performed on the left index
finger. The left upper extremity was prepped and draped in the usual
sterile fashion. A well-padded tourniquet was placed on the proximal
forearm and elevated after Esmarch exsanguination. I made an incision
utilizing the previous flap incision volarly, incorporating the small
lesion, which appeared to be a pyogenic granuloma. I elevated the

[ PHYSICIAN COPY FOR: RICHARD W. BARTH, M.D. ]

PATIENT NAME:
MEDICAL RECORD NUMBER:          PATTERSON, DARRYL
                                588-012

OPERATIVE SUMMARY
PAGE 2

skin flaps. There was a pyogenic granuloma extending deep. I sharply
excised this and cauterized the margins. I then dissected down to the
bone of the distal phalanx. I found no collection. There was no sign
of deep infection. I cultured this area and then copiously irrigated
out the digit. I loosely closed the incision. A light compressive
dressing was applied. The patient tolerated the procedure well.
There were no complications.

DISPOSITION:
stable condition. He will follow up in my office in seven to ten
days. He will remove his dressing in 48 hours. We discussed
antibiotics. He was having problems with nausea from the Keflex.
Clinically, he does not appear to have an infection at this point. We
will hold off on antibiotics pending cultures.

RB/ddi/bs
D:08/15/03
T:08/18/03
BY:73975                        RICHARD W. BARTH, M.D.
SO/J:19244/1B8NO
XZ:#S719244.8F3

[ PHYSICIAN COPY FOR: RICHARD W. BARTH, M.D. ]



# The George Washington University Hospital

## OPERATIVE REPORT

NAME OF PATIENT:            PATTERSON, DARRYL
MEDICAL RECORD #:          2308717
DATE OF PROCEDURE:         06/26/03

SURGEON:                   RICHARD BARTH, M.D.

SERVICE:


PREOPERATIVE DIAGNOSIS:          Traumatic amputation left index
finger.

POSTOPERATIVE DIAGNOSIS:         Traumatic amputation left index
finger.

PROCEDURE:                       Revision amputation left index
finger with rotation flap coverage.

ESTIMATED BLOOD LOSS:            Minimal.

COMPLICATIONS:                   None.

ANESTHESIA:                      Local with sedation versus
general.

NOTE:
It has come to my attention today, 07/26/03, that the operative
note I dictated on Darryl Patterson on 06/25/03 is unavailable.
I am, therefore, redictating this operative note.

INDICATIONS FOR PROCEDURE: Mr. Patterson was injured earlier
today, 06/25/03. His left index finger was crushed by a Metro
bus. He suffered a traumatic amputation of his left index finger.
He was seen in the emergency room. The amputated part was
crushed and mangled. Union Memorial was contacted by the ER
staff for potential reimplantation. This was not an option, and
the transfer was turned down. He had a traumatic amputation to
his left index finger. There were a few fragments of middle
phalanx which remained which were comminuted. The skin which
remained had been crushed and mangled, and there was significant
exposed bone. I have recommended shortening and closure. I have
gone over the operative procedure with Mr. Patterson. He would
like to maintain as much length as possible, although this
certainly will need to be shortened to provide closure. My
ultimate recommendation will be to proceed with a ray resection,
but he is not ready to make that decision at this point. He
consented.

## SIBLEY MEMORIAL HOSPITAL
## OPERATIVE SUMMARY

PATIENT NAME:               PATTERSON, DARRYL
MEDICAL RECORD NUMBER:      588-012
ACCOUNT NUMBER:             19015759

DATE OF PROCEDURE:          08/15/03
SURGEON:                    RICHARD W. BARTH, M.D.
ASSISTANT:
PREOPERATIVE DIAGNOSIS:     Rule out osteomyelitis, left index
                            finger, status post amputation.
POSTOPERATIVE DIAGNOSIS:    Pyogenic granuloma; doubt osteomyelitis.
PROCEDURE PERFORMED:        Examination of pyogenic granuloma, left
                            index finger, with irrigation and
                            debridement and deep culture of bone,
                            proximal phalanx.
ANESTHESIA:                 Metacarpal block.

ESTIMATED BLOOD LOSS:       Minimal.

COMPLICATIONS:              None.

TOURNIQUET TIME:            Approximately 20 minutes.

INDICATIONS FOR PROCEDURE:    The patient is a 39-year-old gentleman
who had his left index finger amputated by a Metro bus. He underwent
a primary amputation at the P1 level. He initially did well but saw
my partner, Dr. Unger, last week, complaining of purulent drainage.
He was started on Keflex. I saw him in the office on Wednesday. He
was complaining of persistent purulent drainage in the morning. This
was despite a week of antibiotics. I went over options. I discussed
options with him. I recommended I&D and culture. I have answered his
questions.

                        In the interim, the patient discontinued
his antibiotic on his own. The drainage apparently improved this
morning. I again discussed options. We will proceed with
exploration, culture, and I&D.

DESCRIPTION OF PROCEDURE:    The patient was brought into the
operating room and properly identified and placed supine on the
operating table. A metacarpal block was performed on the left index
finger. The left upper extremity was prepped and draped in the usual
sterile fashion. A well-padded tourniquet was placed on the proximal
forearm and elevated after Esmarch exsanguination. I made an incision
utilizing the previous flap incision volarly, incorporating the small
lesion, which appeared to be a pyogenic granuloma. I elevated the

[ PHYSICIAN COPY FOR: RICHARD W. BARTH, M.D. ]

PATIENT NAME:                    PATTERSON, DARRYL
MEDICAL RECORD NUMBER:           588-012

OPERATIVE SUMMARY
PAGE 2

skin flaps.  There was a pyogenic granuloma extending deep.  I sharply
excised this and cauterized the margins.  I then dissected down to the
bone of the distal phalanx.  I found no collection.  There was no sign
of deep infection.  I cultured this area and then copiously irrigated
out the digit.  I loosely closed the incision.  A light compressive
dressing was applied.  The patient tolerated the procedure well.
There were no complications.

DISPOSITION:           The patient was discharged home in
stable condition.  He will follow up in my office in seven to ten
days.  He will remove his dressing in 48 hours.  We discussed
antibiotics.  He was having problems with nausea from the Keflex.
Clinically, he does not appear to have an infection at this point.  We
will hold off on antibiotics pending cultures.

RB/ddi/bs
D:08/15/03
T:08/18/03                    _____
BY:73975                      RICHARD W. BARTH, M.D.
SO/J:19244/1B8NO
XZ:#S719244.8F3

[ PHYSICIAN COPY FOR: RICHARD W. BARTH, M.D. ]

FILE COPY

**DRS. LEWIS, UNGER AND BARTH, P. C.**

ORTHOPAEDIC SURGERY

2021 K STREET, SUITE 400
WASHINGTON, D. C. 20006
TELEPHONE (202) 466-5151

FAX (202) 466-4072

RANDALL J. LEWIS, M. D.
ANTHONY S. UNGER, M. D.
RICHARD W. BARTH, M. D.

8218 WISCONSIN AVE., SUITE P10
BETHESDA, MD 20814
TELEPHONE (301) 718-5151

September 4, 2003

Mr. David N. Webster
Caplin and Drysdale
1 Thomas Circle, N.W., Suite 1100
Washington, DC 20005

RE:  PATTERSON, Darryl - 887293dp
D/I:  06/26/2003

Dear Mr. Webster:

This letter is in response to your letter, dated August 14, 2003. Enclosed you will find a copy of the operative report of the surgery performed at George Washington University Hospital. I have offered to revise Mr. Patterson's amputation to a ray resection. Mr. Patterson, at this point, has told me that he is not interested in any further surgery.

Should Mr. Patterson elect to proceed with further surgery, the surgery would consist of a ray resection of the index finger. It would be done as an outpatient. The entire cost of a ray resection would be approximately $5,000.00. This would include the surgeon's fee, anesthesia fee, hospital facility fee as well as the therapy postoperatively.

I have also enclosed a copy of our current bill.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Richard W. Barth, M.D.

RWB:mdi:klt
Enclosure

**MAKE CHECKS PAYABLE TO:**

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

| | | | |
|---|---|---|---|
| CREDIT CARD USING FOR PAYMENT | | | |
| ☐ AMERICAN EXPRESS | ☐ MASTERCARD | | ☐ VISA |

| CARD NUMBER | AMOUNT |
|---|---|
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 03/10/04 | $1,500.00 | 001000003163 |

VISIT INVOICE  001*6532

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 521246049 | PAID HERE    $ |

**ADDRESSEE:**

PATTERSON, DARRYL N
1113 EAST CAPITAL ST SE

Washington, DC 20003

**REMIT TO:**

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/25/03 | PATTERSON, DAR... | Barth MD, Richard | 26952 | 8860 | AMPUTATION FINGER W/ADVAN FLAPS | $1,500.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 001000003163 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |

**MESSAGE:**

| PLEASE PAY |
|---|
| THIS AMOUNT »»»»    $1,500.00 |

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**VISIT INVOICE**

PAGE: 1

MAKE CHECKS PAYABLE TO:

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

| | | |
|---|---|---|
| CREDIT CARD FILL OUT BELOW | | |
| CHECK CARD USING FOR PAYMENT | | |

☐ AMERICAN EXPRESS  ☐ MASTERCARD  ☐ VISA

| CARD NUMBER | AMOUNT |
|---|---|
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 03/10/04 | $0.00 | 001000003163 |

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 521246049 | PAID HERE $ |

VISIT INVOICE  001*6727

ADDRESSEE:

արիիրերիերերիի
**PATTERSON, DARRYL N**
1113 EAST CAPITAL ST SE

Washington, DC 20003

REMIT TO:

արիիրերիերիի
**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/07/03 | PATTERSON, DAR... | Barth MD, Richard | 73140 | 8860 | X-RAY FINGERS | $67.00 |
| 07/08/03 | | | | | Patient Credit Card Payment | -$67.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 001000003163 | $67.00 | -$67.00 | $0.00 | $0.00 | $0.00 |

MESSAGE:

| PLEASE PAY THIS AMOUNT »»»» | $0.00 |
|---|---|

**\*\* PAYMENT DUE UPON RECEIPT \* THANK YOU \*\***

**VISIT INVOICE**

**MAKE CHECKS PAYABLE TO:**

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

| | |
|---|---|
| CREDIT CARD: ☐ TO BE USED | |
| CHECK CARD USING FOR PAYMENT | |

☐ AMERICAN EXPRESS    ☐ MASTERCARD    ☐ VISA

| CARD NUMBER | | AMOUNT |
|---|---|---|
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 03/10/04 | $77.00 | 001000003163 |

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 521246049 | PAID HERE    $ |

VISIT INVOICE  001*8059

**ADDRESSEE:**

ıllıllııllııllıllı
**PATTERSON, DARRYL N**
1113 EAST CAPITAL ST SE

Washington, DC 20003

**REMIT TO:**

ıllıllııllıllıllıllı
**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/05/03 | PATTERSON, DAR... | Unger MD, Anthony | 99213 | 6824 | OFFICE/OUTPATIENT VISIT, EST | $77.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 001000003163 | $77.00 | $0.00 | $0.00 | $0.00 | $77.00 |

**MESSAGE:**

| PLEASE PAY THIS AMOUNT »»»» | $77.00 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**VISIT INVOICE**

PAGE: 1

**MAKE CHECKS PAYABLE TO:**

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

|  |  |  |
|---|---|---|
| CREDIT CARD USING FOR PAYMENT | | |
| CHECK CARD USING FOR PAYMENT | | |
| ☐ AMERICAN EXPRESS | ☐ MASTERCARD | ☐ VISA |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 03/10/04 | $67.00 | 001000003163 |

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 521246049 | PAID HERE  $ |

VISIT INVOICE  001*8439

**ADDRESSEE:**

‖ı‖ı‖‖ı‖ıı‖ıı‖ı‖
**PATTERSON, DARRYL N**
1113 EAST CAPITAL ST SE

Washington, DC 20003

**REMIT TO:**

‖ı‖ı‖‖ıı‖ıı‖ıı‖ı
**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/13/03 | PATTERSON, DAR... | Barth MD, Richard | 99212 | 6824 | OFFICE/OUTPATIENT VISIT, EST | $67.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 001000003163 | $67.00 | $0.00 | $0.00 | $0.00 | $67.00 |

**MESSAGE:**

| PLEASE PAY THIS AMOUNT »»»» | $67.00 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**VISIT INVOICE**

PAGE: 1

**MAKE CHECKS PAYABLE TO:**

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

| | |
|---|---|
| CREDIT CARD BILL BELOW | |
| CHECK CARD USING FOR PAYMENT | |

| AMERICAN EXPRESS | MASTERCARD | VISA |
|---|---|---|

CARD NUMBER                                   AMOUNT

SIGNATURE                                     EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 03/10/04 | $600.00 | 001000003163 |

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 521246049 | PAID HERE   $ |

VISIT INVOICE  001*8628

**ADDRESSEE:**

⢀⣀⣀⢀⣀⣀⣀⢀⣀

**PATTERSON, DARRYL N**
1113 EAST CAPITAL ST SE

Washington, DC 20003

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**REMIT TO:**

⢀⣀⣀⢀⣀⣀⣀⢀⣀

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/15/03 | PATTERSON, DAR... | Barth MD, Richard | 26115 | 2392 | EXCISION  TUMOR/MALFORMATION SUBCUTANEOUS | $600.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 001000003163 | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 |

MESSAGE:

| PLEASE PAY THIS AMOUNT »»»» | $600.00 |
|---|---|

**\*\* PAYMENT DUE UPON RECEIPT \* THANK YOU \*\***

**VISIT INVOICE**

**MAKE CHECKS PAYABLE TO:**

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

| | CREDIT CARD FILL IN BELOW |
|---|---|
| CHECK CARD USING FOR PAYMENT | |

☐ AMERICAN EXPRESS    ☐ MASTERCARD    ☐ VISA

| CARD NUMBER | | AMOUNT |
|---|---|---|
| SIGNATURE | | EXP. DATE |

VISIT INVOICE  001*9911

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 03/10/04 | $67.00 | 001000003163 |

| TAX ID NUMBER | SHOW AMOUNT PAID HERE  $ |
|---|---|
| 521246049 | |

**ADDRESSEE:**

ıldlılılldlılılll

**PATTERSON, DARRYL N**
1113 EAST CAPITAL ST SE

Washington, DC 20003

**REMIT TO:**

ıldlılllldllılll

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/22/03 | PATTERSON, DAR... | Barth MD, Richard | 73140 | 6824 | X-RAY FINGERS | $67.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 001000003163 | $67.00 | $0.00 | $0.00 | $0.00 | $67.00 |

**MESSAGE:**

| PLEASE PAY THIS AMOUNT »»»» | $67.00 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**VISIT INVOICE**

PAGE: 1

MAKE CHECKS PAYABLE TO:

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

VISIT INVOICE  001*12779

| | |
|---|---|
| CREDIT CARD INFO BOX | |
| CHECK CARD USING FOR PAYMENT | |

| | AMERICAN EXPRESS | | MASTERCARD | | VISA |
|---|---|---|---|---|---|

CARD NUMBER                                    AMOUNT

SIGNATURE

EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 03/10/04 | $144.00 | 001000003163 |

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 521246049 | PAID HERE  $ |

ADDRESSEE:

ıllıllıllıllıllıllıl
**PATTERSON, DARRYL N**
1113 EAST CAPITAL ST SE

Washington, DC 20003

REMIT TO:

ıllıllıllıllıllıllıl
**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 11/26/03 | PATTERSON, DAR... | Barth MD, Richard | 99213 | 6824 | OFFICE/OUTPATIENT VISIT, EST | $77.00 |
| 11/26/03 | PATTERSON, DAR... | Barth MD, Richard | 73140 | 6824 | X-RAY FINGERS | $67.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 001000003163 | $144.00 | $0.00 | $0.00 | $0.00 | $144.00 |

MESSAGE:

| PLEASE PAY THIS AMOUNT »»»» | $144.00 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**VISIT INVOICE**

PAGE: 1

MAKE CHECKS PAYABLE TO:

**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

| | | |
|---|---|---|
| ☐ | CHECK CARD USING FOR PAYMENT | |
| ☐ AMERICAN EXPRESS | ☐ MASTERCARD | ☐ VISA |

IF PAYING BY CREDIT CARD FILL OUT BELOW

CARD NUMBER                                        AMOUNT

SIGNATURE                                              EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 09/12/03 | $0.00 | 001000003163 |

SHOW AMOUNT
PAID HERE  $

STATEMENT

ADDRESSEE:

ɪlɪllɪɪllɪɪllɪɪlɪlll
**PATTERSON, DARRYL N**
1113 EAST CAPITAL ST SE

Washington, DC 20003

REMIT TO:

ɪlɪllɪɪllɪɪllɪɪlɪlll
**Drs. Lewis, Unger, & Barth PC**
2021 K Street
Suite 400
Washington, DC 20006

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

**(202) 466-5151**

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 06/25/03 | **VISIT 6532 FOR DARRYL WITH BARTH MD, RICHARD W** | | | | |
| 06/25/03 | 26952 - AMPUTATION FINGER W/ADVAN FLAPS | $1,500.00 | $1,500.00 | | |
| | VISIT TOTAL | **$1,500.00** | **$1,500.00** | **$0.00** | **$1,500.00** |
| 07/07/03 | **VISIT 6727 FOR DARRYL WITH BARTH MD, RICHARD W** | | | | |
| 07/07/03 | 73140 - X-RAY FINGERS | $67.00 | | | |
| 07/08/03 | Patient Credit Card Payment | -$67.00 | | | |
| | VISIT TOTAL | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| 08/05/03 | **VISIT 8059 FOR DARRYL WITH UNGER MD, ANTHONY S** | | | | |
| 08/05/03 | 99213 - OFFICE/OUTPATIENT VISIT, EST | $77.00 | $77.00 | | |
| | VISIT TOTAL | **$77.00** | **$77.00** | **$0.00** | **$77.00** |
| 08/13/03 | **VISIT 8439 FOR DARRYL WITH BARTH MD, RICHARD W** | | | | |
| 08/13/03 | 99212 - OFFICE/OUTPATIENT VISIT, EST | $67.00 | $67.00 | | |
| | VISIT TOTAL | **$67.00** | **$67.00** | **$0.00** | **$67.00** |
| 08/15/03 | **VISIT 8628 FOR DARRYL WITH BARTH MD, RICHARD W** | | | | |
| 08/15/03 | 26115 - EXCISION  TUMOR/MALFORMATION SUBCUTANEOU | $600.00 | $600.00 | | |
| | VISIT TOTAL | **$600.00** | **$600.00** | **$0.00** | **$600.00** |
| 08/27/03 | **VISIT 8958 FOR DARRYL WITH BARTH MD, RICHARD W** | | | | |
| 08/27/03 | 99080 - REPORTS/COPIES/BILLS FOR MED RECORDS | $100.00 | | | |
| 08/26/03 | Attorney Payment | -$100.00 | | | |
| | VISIT TOTAL | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 001000003163 | $2,244.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,244.00 |

MESSAGE:

PLEASE PAY
THIS AMOUNT »»»»  $0.00

** PAYMENT DUE UPON RECEIPT * THANK YOU **
**STATEMENT**

PAGE: 1

588012
815163

**Caplin & Drysdale**
A T T O R N E Y S

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
202-862-5000  202-429-3301 Fax
www.caplindrysdale.com

202-862-8850 Direct
dnw@capdale.com

September 23, 2003

Medical Records Department
Sibley Memorial Hospital
5255 Loughboro Road, N.W.
Washington, D.C.  20016

      Re:   **Darryl Patterson**

RECEIVED
SEP 26 2003
By (20)

Dear Sir or Madam:

    On August 15, 2003 my client, Darryl Patterson, underwent a surgical procedure as an outpatient at the hands of Dr. Richard W. Barth.  I need a copy of his hospital chart to properly present his claim.  I enclose a waiver executed by my client which permits you to divulge this information to me.

    I stand ready to pay whatever reasonable fee you might charge for this service.

                    Yours very truly,

                    David N. Webster

Enclosure

SIBLEY MEMORIAL HOSPITAL
DIAGNOSIS & PROCEDURE SUMMARY / PHYSICIAN BILLING INFORMATION FORM
------------------------------------------------------------------------
PRINTED ON: Wed Aug 20, 2003 3:37 PM        Coded by: RP    08/20/03

Patient:  PATTERSON,DARRYL            Acct #:  19015759          MRUN: 588-012
Sex:  M  Age:  39Y  Attending Physician: BARTH,RICHARD W    DR# 3975
Admit Date:  08/15/03    Dischg Date:  08/15/03   Disp: ROUTINE DISCH
========================================================================
        Code      Diagnosis
PDX   686.1   PYOGENIC GRANULOMA
      041.11  STAPHYLOCOCCUS AUREUS


      Date     Code     Procedure                      Physician
PPX   08/15/03  77.69   LOC EXC BONE LESION NEC         BARTH,RICHARD W

CPT:  11044
        DEBRIDEMENT; SKIN, SUBCUTANEOUS TISSUE, MUSCLE, AND BONE
          REV CODE:  360 - OR SERVICES



**Sibley Memorial Hospital**
Washington, D.C. 20016

# ADMISSION RECORD

| PATIENT ACCOUNT | PATIENT TYPE AND SERVICE | | ADM CLASS | ADM SOURCE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|
| 19015759 | SDS - SSC COSMETIC INSURED | | ELECT | PHYSICIA | 589-012 |

| ROOM/BED | ACCOM. | CLERK | MOTHER'S MED. REC. NO. *(FOR NEWBORN)* | ADMIT DATE | ADMIT TIME |
|---|---|---|---|---|---|
| | | | | 08/15/2003 | 0805 |

| PATIENT'S NAME | PREVIOUS NAME |
|---|---|
| PATTERSON,DARRYL | |

| BIRTH DATE | AGE | SEX | MARITAL STATUS | SOC. SEC. NO. | AREA CODE/HOME PHONE | RELIGION |
|---|---|---|---|---|---|---|
| 03/10/1964 | 39Y | M | S | 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 | 202-544-7667 | |

PATIENT'S ADDRESS *(STREET, CITY, STATE, ZIP CODE)*
1113 EAST CAPITOL ST SE   WASHINGTON   DC   20003

| PATIENT'S EMPLOYER | PATIENT'S OCCUPATION | AREA CODE/BUS. PHONE |
|---|---|---|
| SELF EMPLOYED | SELF EMPLOYED | |

EMPLOYER'S ADDRESS *(STREET, CITY, STATE, ZIP CODE)*

| NEAREST RELATIVE | RELATION TO PT. | AREA CODE/HOME PHONE |
|---|---|---|
| PATTERSON,LOTTIE | MOTHER | 301-459-2996 |

NEAREST RELATIVE'S ADDRESS *(STREET, CITY, STATE, ZIP CODE)*
5102 WILEY STREET   RIVERDALE   MD   20737

| GUARANTOR'S NAME | RELATION TO PT. | GUAR. SOC. SEC. NO. | AREA CODE/HOME PHONE |
|---|---|---|---|
| PATTERSON,DARRYL | PATIENT | 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 | 202-544-7667 |

GUARANTOR'S ADDRESS *(STREET, CITY, STATE, ZIP CODE)*
1113 EAST CAPITOL ST SE   WASHINGTON   DC   20003

| GUARANTOR'S EMPLOYER | GUARANTOR'S OCCUPATION | AREA CODE/BUS. PHONE |
|---|---|---|
| SELF EMPLOYED | SELF EMPLOYED | |

EMPLOYER'S ADDRESS *(STREET, CITY, STATE, ZIP CODE)*

| PRIMARY INSURANCE COMPANY | PRIMARY SUBSCRIBER'S NAME | IDENTIFICATION NO. |
|---|---|---|
| SELF PAY | PATTERSON,DARRYL | |

| PRIMARY INSURANCE ADDRESS *(STREET, CITY, STATE, ZIP CODE)* | AREA CODE/PHONE | GROUP NO. |
|---|---|---|
| | | |

| SECONDARY INSURANCE COMPANY | SECONDARY SUBSCRIBER'S NAME | IDENTIFICATION NO. |
|---|---|---|
| | | |

| SECONDARY INSURANCE ADDRESS *(STREET, CITY, STATE, ZIP CODE)* | AREA CODE/PHONE | GROUP NO. |
|---|---|---|
| | | |

| ADMITTING PHYSICIAN | ID NO. | SPECIALTY | AREA CODE/PHONE |
|---|---|---|---|
| BARTH,RICHARD W | 3975 | SUR | 202-466-5151 |

| REFERRING/FAMILY/OTHER PHYSICIAN | AREA CODE/PHONE |
|---|---|
| | |

ADMITTING DIAGNOSIS
STATUS POST AMPUTATION LEFT INDEX FINGER

REMARKS:

| LIVING WILL? | DPAHCD? | DISCHARGE DATE | DISCHARGE TIME | EXPIRED DATE | EXPIRED DATE |
|---|---|---|---|---|---|
| | | 8/15/03 | 1140 AM | | |

**SIBLEY MEMORIAL HOSPITAL**
**OUTPATIENT POST-ANESTHESIA**
**PATIENT EDUCATION AND INFORMATION**

PATTESON, DARRYL                    39Y/M
588-012    SSCI      SUR SSCI
19015759  BARTH, RICHARD W
--- --- ---   08/15/2003
03/10/1964

Your nurse was _Elaine Jude + Denise_.

If you have any questions about the following instructions please call (202) 364-7632.

Your anesthesiologist, _____None_____, recommends
that you follow these instructions today and tomorrow.

## DIET

Limit what you eat and follow your surgeon's orders for a specific diet. Start with liquids, such as soft drinks, then progress to easily digested foods, such as soup and crackers. Solid food may be slowly added to your diet if you are comfortable after taking liquids. Avoid alcoholic beverages.

## ACTIVITY

Return directly home and rest for the remainder of the day. You may experience dizziness or sleepiness after anesthesia. Have a responsible adult stay with you until you are sure you are capable of independent activity.

Do not drive home. You should not operate a motor vehicle, machinery, power tools or perform hazardous activities which require alertness.

Follow your surgeon's instructions regarding physical activity.

## ADDITIONAL INSTRUCTIONS

Do not sign legal documents or make business decisions.
Follow your surgeon's instructions.

## REPORT PROBLEMS RELATED TO ANESTHESIA

Call your anesthesiologist with any concerns or questions about or problems with your anesthesia. You can reach the anesthesiologist by calling (202) 537-4241 and leaving a message. In case or an emergency, or if you believe your problem is urgent, please call your surgeon.

## SPECIAL INSTRUCTIONS: _Follow Dr Barth's instructions_

_____Darryl_____ 8/15/03          _E Nedecker_
**Signature of Patient / Date**          **Signature of Nurse**



**Sibley Memorial Hospital**

```
PATTERSON, DARRYL  - -39Y/M
588-012  SSCI   SUR SSCI
19015759 BARTH, RICHARD W
--- --- ---   08/15/2003
03/10/1964
```

## FINANCIAL AND ADMINISTRATIVE AGREEMENT

**Financial Obligation: Agreement to Pay/Collection Fees and Interest -** In consideration of services rendered by Sibley Memorial Hospital and/or Physicians, the undersigned hereby obligates himself and guarantees that payment will be made upon demand for any balance due but not paid for by insurance carriers or third parties for any reason whatsoever, within a reasonable period of time, not exceeding 45 days. If such timely payment is not received by the hospital and/or physicians from the aforementioned insurance carriers or third parties, then I agree to be responsible for payment of the full balance due, except as restricted by state or federal law. In the event the hospital policy requires an advance deposit for services not covered by insurance, I agree to make such payment, which will be offset against charges as they are incurred. I understand that finance charges may accrue at a rate of 1% per month of the unpaid balance, not to exceed 13% per annum, from the date that I become responsible for the full balance due and that in the event of nonpayment by me within 45 days after the initial demand therefore, any such account may be turned over to an attorney or a collection agent, and I will be liable for any attorney's and/or collection agent's fees and expenses, not to exceed 50% of the balance due, in addition to the unpaid balance of the account plus any accumulated finance charge. In the event that payment to my account results in a credit (refund) balance, I hereby irrevocably authorize the hospital to transfer and apply such credit to any outstanding account at the hospital for which I have financial responsibility.

**Physicians Not As Employees --** I acknowledge that physicians furnishing services, including but not limited to attending physicians, radiologists, surgeons, emergency department physicians, obstetrician/gynecologists, pathologists, anesthesiologists, neonatologists, physicians interpreting diagnostic studies, consultants and assistants to the physician are not employees or agents of the hospital. I understand that I may receive a separate billing from each of these providers of service.

**For Inpatient Only:** Room charges are incurred for the day of admission or any part thereof, but not the date of discharge. I acknowledge that check-out time is 11:00 am and that additional fees will be incurred for vacating the room late. I will be responsible for late discharge fees incurred for my convenience or otherwise not covered by my insurance. I acknowledge that I will be responsible for additional fees incurred above the normal semi-private rate for a private room provided at my request. Any balances known to be due for services not covered or partially covered by insurance will be payable at that time of discharge, including but not limited to private room, late discharge fee, and applicable coinsurance or deductibles.

**Insurance Billing and Assignment --** In the event my insurance will pay all or part of the hospital's and/or Physician's charges, the hospital and/or Physician that render service to me are authorized to submit a claim to my insurance carrier, but are not authorized to do so unless under contract with the insurer or bound by a regulation of a state or federal agency to process such claim. In the event that I am entitled to hospital benefits of any type whatsoever arising out of any policy or insurance covering me or from any person or organization who is or may become liable to me to provide such benefits, I hereby assign such benefits to Sibley Memorial Hospital and/or Physicians who render service to me. Such insurance includes, but is not limited to hospital or medical service insurance carriers, third party reimbursers, governmental agencies, workers compensation carriers, utilization review bodies, welfare funds or the patient's employer. I acknowledge that I have or will complete administrative functions my insurance requires me to perform, including but not limited to selecting a network provider, acquiring primary care or other necessary referral or authorization, and completion of coordination of benefits statements. I understand that I will be responsible for penalties including but not limited to reduced or no coverage due to my failure to perform these responsibilities, accept as restricted by state or federal law.

**Personal Property & Valuables --** I agree that the Sibley Memorial Hospital will not be responsible for loss or damage to clothes, personal property or valuables that I bring into the hospital.

**Only Applicable for Medicare Beneficiaries: Statement for Payment of Medicare Benefits to Hospital and/or Physicians --** I certify that the information given by me for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to released to the Center for Medicare and Medicaid Services (CMS) or Medicare intermediaries or carriers for any information needed for this or a related claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for hospital or physician services to Sibley Memorial Hospital and any physician which renders service to me an authorize them to submit the necessary claims to Medicare for payment.

**Disclosure and Release of Information --** I acknowledge that Sibley Memorial Hospital and/or any physicians who render services to me may release all or part of my medical and billing records when required by or permitted by state or federal regulation, including as necessary for treatment, payment and operations. I understand that the Hospital complies with all applicable federal and local regulations, including the Health Insurance Portability and Accountability Act.

**Privacy Notice -** I acknowledge that I have received and/or have been provided an opportunity to review the hospital's Notice of Privacy Practices.     _____
*Please Initial to Acknowledge Receipt of Notice*

**Certificate:** The undersigned certifies that he/she read and understands the foregoing and fully accepts all the terms specified above.

_____
*Signature of Witness*

_____
*Patient or Responsible Party's Signature*

BRENDA EDWARDS

_____
*Name of Witness (Please Print)*

Darryl Patterson

_____
*Print Name of Patient or Responsible Party/Relationship*

_____ *If patient unable to sign due to medical incapacity, in spite of good faith efforts, please check this statement make certain that the medical record documents the patient's condition, and sign as hospital representative in the witness space above.*

# SIBLEY MEMORIAL HOSPITAL

## CONSENT FOR TREATMENT

I am the patient or the patient's representative and I recognize the need for care in the Hospital. I consent to the services as ordered by the physician(s) treating me including but not limited to medical treatment, laboratory procedures, x-ray and other diagnostic imaging exams, administration of blood or blood products, and other hospital procedures and services deemed necessary by or rendered under the instructions of my physician. In the event that a member of the hospital's work force, including employees, physicians, volunteers and agency or contracted service workers, sustains a body fluid exposure during the course of my treatment, I consent to the administration of a blood test to determine the presence or absence of HIV antibodies, hepatitis B antigens and/or other blood-borne infectious diseases. I authorize the hospital to release the result of said test to me, the health-care employee, my physician and the administration of the hospital.

I acknowledge that physicians are not employees of the hospital. I understand that my physician may ask other physicians to participate in my care including but not limited to attending physicians, radiologists, surgeons, emergency department physicians, obstetrician/gynecologists, pathologists, anethesiologists, neonatologists, physicians interpreting diagnostic studies, consultants and assistants to the physician. I also agree that physicians in training, students, or other qualified health-care personnel, under the supervision of my physician, may participate in and/or observe my care. I understand that the practice of medicine is not an exact science, and acknowledge that no guarantees have been given to me by anyone as to the results or outcomes that may be obtained from examinations, treatments or other health-care services.

## ACKNOWLEDGMENT OF INFORMED CONSENT TO PERFORM OPERATIONS AND/OR PROCEDURES

1. My treating physician has explained to me my condition to my satisfaction. I have had the opportunity to ask questions. The physician has answered my questions in a way that I understand.

2. My treatment and any alternatives to the procedure have been explained to me. The risks and benefits of the procedure have been explained to me, including the possible results of no treatment.

3. This procedure may necessitate the use of blood or blood products which when anticipated will require separate specific informed consent and related documentation. However, in the event of an emergency when specific consent is not possible, I agree to the administration of such products as ordered by my physician. The physician has discussed with me the risks and benefits of blood usage, including other options available.

4. I agree that the hospital may examine and dispose of any tissues, organs or body parts or fluids removed as a necessary part of the procedure. I also agree that the medical devices removed during a procedure will be handled as required by hospital policy and then disposed of by the hospital unless I have made other arrangements prior to the procedure.

5. I understand and agree that photographs and videos may be taken of a procedure or operation for viewing by various personnel undergoing training at this or other facilities. I understand that my name and family's name will not be used to identify such media when used for training. Images may be used as documentation in the Medical Record.

6. I understand that my physician may ask other physicians to participate in my care. I also agree that physicians in training, students and other qualified health-care personnel, under the supervision of my physician, may participate in and/or observe my care.

7. I understand that unexpected conditions may develop or be revealed that require a modification of the original procedure. I have authorized and requested my physician and his/her assistants to perform additional or different treatment as my physician deems necessary.

I have had enough time to consider the information about my procedure or treatment as provided by my physician. I feel that I am sufficiently advised to provide consent for the procedure. I have given my consent for the following procedure(s) and have been asked to sign this form after my discussion(s) with the physician. Procedure(s) will be performed by or under the direction of DR. RICHARD W BARTH.

Procedure:    I & D LEFT INDEX FINGER

Witness' Signature: _Brenda Edward_     Patient's Signature: _Clay____

Witness (Please print): _BRENDA EDWARDS_   Date: _8/15/03_   Time: _8:10_

## TO BE READ AND SIGNED BY THE NEXT OF KIN OR LEGAL GUARDIAN:

Patient is a minor (Age: _____ ) or unable to sign because he or she is incompetent.

Next of Kin or Legal Guardian Signature: _____

Name (Please print): _____   Relationship to Patient: _____

PATTERSON,DARRYL - SSCI (MRUN: 588-012)
02-210 MR (Rev. 04/2003)

I understand that:

____I will need anesthesia for the surgical procedure (s) to be done on _____ (date), and that the type of anesthesia to be used will depend upon the procedure and my physical condition.

____anesthesia is a speciality medical service which manages patients who are rendered unconscious or with diminished response to pain and stress during the course of a medical, surgical, or obstetrical procedure.

____during the course of the surgical procedure, conditions may require additional or different anesthetic monitoring or techniques, and I ask that the anesthesiologist provide any other necessary services for my benefit and well-being.

____no guarantees have been made by anyone regarding the anesthesia services which I am agreeing to accept.

## Types of Anesthesia and Definitions
### A. General Anesthesia
1. Endotracheal anesthesia: Anesthetic and respiratory gases are passed through a tube placed in the trachea (windpipe) via the nose or mouth.
2. Mask anesthesia: Gases are passed through a mask which covers the nose and mouth.

### B. Regional Anesthesia
1. Epidural anesthesia: A small catheter is inserted into the epidural space so that anesthetizing agents may be given to prolong the duration of anesthesia.
2. Spinal anesthesia: The anesthetic agent is injected into the spinal subarachnoid space to produce loss of sensation.
3. Nerve Blocks: Local anesthetics are injected into specific areas to inhibit nerve transmission.

### C. Monitored Anesthesia care (MAC): Intravenous sedatives and analgesics are given with continuous monitoring of blood pressure, oxygenation, pulse and mental state.

### D. Local Anesthesia
1. Local anesthesia: Anesthetizing agents are injected or infiltrated directly into small area of the body, for example, the surgical site.
2. Topical anesthesia: Surface anesthesia is produced by direct application of anesthetizing agents on skin or mucous membranes.

## Risks and Complications

Minor risks and complications occur occasionally and may include but are not limited to: backache; dental injury; headache; localized swelling and/or redness; muscle aches; ophthalmic (eye) injury; pain; recall of sound/noise/speech by others; sore throat; wrong site for injection of anesthesia.

Major risks and complications are very rare and may include but are not limited to: allergic/adverse reaction; aspiration; brain damage; coma; inability to reverse the effects of anesthesia; infection; paralysis; pneumonia; positional nerve injury; seizures; death.

The intraoperative administration of blood/blood products is a collaborative decision between the anesthesiologist and the surgeon. I have been informed of the potential need for blood/blood products, alternative options and the risks of transfusion of blood/blood products and give my informed consent for the administration of such products.

☑ I agree to the administration of the anesthesia prescribed for me. I feel that I was given sufficient information to give this informed consent.

☐ I have read the consent and I have questions about the prescribed anesthesia.

_____  8/5/03  8¹⁵am
Patient Signature            Date   Time

_____
Patient Signature            Date   Time

☐ I have discussed the prescribed anesthesia with the patient and I have answered all questions regarding the anesthesia.

☐ I have had my questions answered and now feel I have sufficient information to make this informed consent.

_____
Anesthesiologist Signature   Date   Time

_____
Patient Signature            Date   Time

# MEDICAL HISTORY

```
PATTERSON, DARRYL
583-012  SSCI        39Y/M
19015759 BARTH, RICHARD W  SUR SSCI
--- --- ---  08/15/2003
03/10/1964
```

PLEASE PRINT

Name _Darryl Patterson_

Age _39_    Height _6'2"_    Weight _195_

Please list drug allergies _no known allergies_

Please list food/environmental allergies (e.g. bananas, latex, dust) _no known allergies_

Please list **all** medications: prescription drugs/over the counter medications/ herbal supplements you are now taking or have taken in the past one month. Include dosage.

1. _antibiotic (4 pills daily)_    3. _____    4. _____

What medications will you take the morning of surgery? _none_

Do you smoke? ☐ Yes ☑ No  If yes, how much/day? _____

Did you ever smoke? ☑ Yes ☐ No  If yes, quit when? _July 3, 1990_

Do you use recreational drugs? ☐ Yes ☑ No

Alcoholic Beverages? ☑ Yes ☐ No  If yes, # per day _1 glass of wine per night_

**Do you or did you ever have:** (Check any YES answers)

1. **Respiratory Disease?** ☐ Asthma ☐ Emphysema ☐ Bronchitis ☐ Shortness of Breath ☐ Chronic Cough ☐ Other
2. **Heart Disease?** ☐ Heart Attack ☐ Chest Pain ☐ Angina ☐ Irregular Heart Beats ☐ Palpitations ☐ Heart Failure ☐ High Blood Pressure ☐ Low Blood Pressure ☐ Mitral Valve Prolapse ☐ Other
3. **Infectious Disease?** ☐ Hepatitis ☐ HIV ☐ Mono ☐ Tuberculosis ☐ Other
4. **G.I. Disease?** ☐ Ulcer ☐ Hiatal Hernia ☐ Gall Bladder ☐ Other
5. **Liver Disease?** ☐ Jaundice ☐ Cirrhosis ☐ Bleeding Disorder ☐ Other
6. **Endocrine Disease?** ☐ Diabetes ☐ Hypoglycemia ☐ Thyroid Disease ☐ Other
7. **Neurological Disease?** ☐ Convulsions ☐ Stroke ☐ Loss of Sensation ☐ Back or Neck Pain or Injury ☐ Other
8. **Kidney Disease?** ☐ Kidney Stones or Infections ☐ Bladder Infections ☐ Tumor ☐ Other
9. **Psychiatric?** ☐ Depression ☐ Anxiety ☐ Other

Do you have any? ☐ Contact Lens ☐ Hearing Aids ☐ Implant

Teeth: ☐ Dentures ☐ Partial/Full ☑ Capped Teeth ☐ Broken Teeth  Where? _upper/lower rear of mouth_

Are you pregnant? ☐ Yes ☐ No  Last Menstrual Period _____

Do you have joint pain or stiffness? ☐ Yes ☑ No  If yes, describe _____

When was your last anesthetic? _6/25/03_  Where _GW Hospital_  Any Difficulty _no known difficulties_

Have you or your relatives had prolonged paralysis or hyperthermia or bleeding following anesthesia? ☐ Yes ☑ No

T _36_  B/P _128/78_
P _55_  Ht _____
R _16_  Wt _____ kg

# ANESTHESIA ASSESSMENT



Class I    Class II    Class III    Class IV

Mouth: ☐ OK ☐ Small
Neck: ☐ FROM ☐ ↓ROM ☐ Short

**Airway Evaluation:**
☐ Short Muscular Neck
☐ Receding Lower Jaw
☐ Protruding Upper or Lower Incisors
☐ Decreased Mental Thyroid Cartilage Distance

**ANESTHESIA PLAN:**
☐ General ☐ Epidural ☐ Spinal
☐ MAC ☐ Other Regional

☐ Vital Signs Noted
Studies Available for
Pre-operative Review:
H & P _____ Lab _____ CXR _____
EKG _____ Consultations _____

COMMENTS:

**ASA STATUS**
1    2    3    4    5    E

☐ Risks, benefits and alternatives
explained to and accepted by patient.

# SIBLEY MEMORIAL HOSPITAL
## PERIOPERATIVE NURSING RECORD

PATTERSON, DARRYL    39Y/M
588-012 SSCI    SUR SSCI
19015759 BARTH, RICHARD W
08/15/2003

DATE: 8/15/03    PAGE 1    Breakfast

**PRE-OPERATIVE ASSESSMENT AND POTENTIAL FOR KNOWLEDGE DEFICIT AND ANXIETY**

NPO: ☑YES SINCE 845am ☐NO SINCE _____    PATIENT ID: ☑VERBALLY ☑NAME BAND
ALLERGIES: ☑NONE NKDA
PATIENT LEVEL OF CONSCIOUSNESS: ☑AWAKE/ORIENTED ☐SEDATED ☐CONFUSED ☐AGITATED ☐COMATOSE
SURGICAL CONSENT: ☑YES ☐NO/SEE PROGRESS NOTES    OPERATIVE SITE VERIFIED BY PATIENT: ☑YES ☐NO/REASON

| PROSTHESIS | NOT REMOVED | REMOVED | DISPOSITION | | YES | ABNORMAL | N/A |
|---|---|---|---|---|---|---|---|
| ☑NONE | | | | H&P ON CHART | X | | |
| ☐JEWELRY | ☐ | ☐ | | HGB&HCT ON CHART | | ☐ | ☐ |
| ☐DENTURES | ☐ | ☐ | | POTASSIUM ON CHART | | ☐ | ☐ |
| ☐GLASSES | ☐ | ☐ | | EKG ON CHART | | ☐ | ☐ |
| ☐CONTACTS | ☐ | ☐ | | CXR ON CHART | | ☐ | ☐ |
| ☐HEARING AID | ☐ | ☐ | | TYPE & SCREEN ON CHART | | ☐ | ☐ |
| ☐OTHER/LIST | ☐ | ☐ | | TYPE & CROSSMATCH ON CHART | | ☐ | ☐ |

NUMBER OF UNITS AVAILABLE _____ / PENDING _____

**APPARENT LIMITATIONS** - CHECK ALL THAT APPLY
☑NONE ☐VISION ☐LANGUAGE ☐SPEECH ☐HEARING ☐WEAKNESS ☐PARALYSIS ☐ROM ☐PROSTHESIS ☐AMPUTATION ☐MOBILITY
IMPLANTS: ☑NONE ☐YES LIST:
ADDITIONAL REMARKS: Voided @ 900 AM

RN SIGNATURE E. Neudecker RN    RN SIGNATURE BVVachnik

OPERATIVE SITE MARKED: ☑YES ☐N/A  team verification    LATEX ALLERGY PROTOCOL ☐YES ☑N/A

**NURSING DIAGNOSIS**

| | NURSING DIAGNOSIS | STANDARD OF CARE | PATIENT OUTCOME ACHIEVED | | |
|---|---|---|---|---|---|
| | | | YES | NO | N/A |
| 1. | POTENTIAL FOR KNOWLEDGE DEFICIENCY/ANXIETY | PRE-OP TEACHING & CONTROL OF ANXIETY | X | | |
| 2. | POTENTIAL FOR INFECTION | PROMOTION OF INFECTION FREE ENVIRONMENT | X | | |
| 3. | POTENTIAL FOR IMPAIRED TISSUE INTEGRITY OR PERFUSION R/T SURGICAL EXPERIENCE | MAINTENANCE OF TISSUE INTEGRITY & PERIPHERAL TISSUE PERFUSION | X | | |
| 4. | POTENTIAL FOR INJURY R/T POSITIONING, EXTRANEOUS OBJECTS OR CHEMICAL, PHYSICAL & ELECTRICAL HAZARDS | PREVENTION OF INJURY | X | | |
| 5. | POTENTIAL FOR FLUID & ELECTROLYTE IMBALANCE | PROMOTION OF FLUID & ELECTROLYTE BALANCE | | | |
| 6. | POTENTIAL FOR INJURY RELATED TO LASER USE | PATIENT IS FREE FROM INJURY R/T LASER USE | | | |
| 7. | OTHER: | | | | |

OR NUMBER: B    WOUND CLASSIFICATION: ☐CLEAN ☐CLEAN/CONTAMINATED ☐CONTAMINATED ☑DIRTY/INFECTED
ANESTHESIA TYPE: ☐GENERAL ☐MONITORED ANESTHESIA CARE ☑LOCAL ☐EPIDURAL ☐SPINAL ☐REGIONAL BLOCK ☐REGIONAL FOR POST-OP ANALGESIA

| SCHEDULED 0938 | PT ENTERED 1059 | INCISION TIME 1106 | CLOSURE TIME 1110 | FINISH TIME 1123 | ASA: 1 ②3 4 5 E |
|---|---|---|---|---|---|

SURGEON(S): Richard Barth MD    ANESTHESIOLOGIST(S): None
ASSISTANT: Maria Rizor SA    ASSISTANT:    ASSISTANT:

| | TIME IN: | TIME OUT: | | | TIME IN: | TIME OUT: |
|---|---|---|---|---|---|---|
| SCRUB 1: Gail Konvea RN | 1059 | 1123 | CIRCULATOR 1: B. Wachnik RN | | 1059 | 1123 |
| SCRUB 2: | | | CIRCULATOR 2: B. Booth ORT | | 1059 | 1123 |
| SCRUB 3: | | | CIRCULATOR 3: | | | |
| SCRUB 4: | | | CIRCULATOR 4: | | | |
| OBSERVER: | | LASER OPERATOR: | | CELL SAVER OPERATOR: | | |

PRE-OP DIAGNOSIS: S/P Left Amputation Left Index Finger

PROCEDURE(S): I + D Left Index Finger

POST-OP DIAGNOSIS(ES): Same

SPECIMENS: None

CULTURES: 1. C+S Left Index Finger

02342 MR(09/01)    IMPLANTS: ☐YES SEE SEPARATE IMPLANT SHEET

# SIBLEY MEMORIAL HOSPITAL
## PERIOPERATIVE NURSING RECORD

DATE: **08/15/03**   PAGE 2

```
PATTERSON,DARRYL      39Y/M
SBB-012  SSC1   SUR SSC1
19015759 BARTH,RICHARD W
--- --- ---   08/15/2003
03/10/1964
```

| COUNTS: | INITIAL | 1ST | 2ND | 3RD | 4TH | 5TH | INITIALS/SIGNATURE |
|---|---|---|---|---|---|---|---|
| SPONGE/SCRUB: | | | | | | | |
| CIRC: | | | | | | | *BW Barbara Wachnik CL* |
| SHARPS/SCRUB: | | | | | | | *Gail* |
| CIRC: | | | | | | | *GG Gourlea* |
| INSTS./SCRUB: | | | | | | | |
| CIRC: | | | | | | | |

INCORRECT COUNT: □ YES  □ SURGEON NOTIFIED  □ X-RAY TAKEN

**EQUIPMENT** □ NONE

□ ELECTROCAUTERY    HOSPITAL ID_____
   GROUND PAD SITE_____
□ ELECTROCAUTERY    HOSPITAL ID_____
   GROUND PAD SITE_____
☒ BI-POLAR UNIT    HOSPITAL ID **3102**
☒ THERMAL BLANKET    HOSPITAL ID **41901**
   TEMPERATURE SETTING **103.0°c**
□ THERMAL BLANKET    HOSPITAL ID_____
   TEMPERATURE SETTING_____

□ HARMONIC SCALPEL    HOSPITAL ID_____
□ VERSAPOINT    HOSPITAL ID_____
□ ARTHROCARE    HOSPITAL ID_____
□ LIPOSUCTION    HOSPITAL ID_____
□ PHACOEMULSFIER    HOSPITAL ID_____
□ _____
□ _____
□ _____

---

MONITORING: ☒ MONITORED BY ANESTHESIA    □ LOCAL ANESTHESIA MONITORING BY R.N.  □ EKG  □ BP  □ SaO2

**SKIN CONDITION**
SKIN COLOR: ☒ NORMAL  □ PALE  □ ASHEN  □ CYANOTIC  □ JAUNDICED  □ FLUSHED
SKIN TURGOR: ☒ NORMAL  □ FAIR  □ POOR
SKIN DRYNESS: ☒ DRY  □ MOIST  □ DIAPHORETIC
SKIN TEMP: ☒ WARM  □ COOL  □ HOT  □ COLD
MUCOUS MEMBRANES: ☒ PINK  □ PALE  □ CYANOTIC
SKIN INTEGRITY: ☒ INTACT  □ BRUISES  □ RASHES  □ ABRASIONS  □ DECUBITUS
   □ OTHER_____
   LOCATION:_____
   APPEARANCE:_____

**URINARY CATHETER**
☒ NONE  □ FROM UNIT W/CATHETER IN PLACE
□ INSERTED IN OR BY_____
TYPE: □ 16 Fr URETHRAL, 5cc BALLOON
   □ OTHER_____
INSERTION OUTPUT:_____
OUTPUT IN OR:_____
COMMENTS:_____
_____

---

TOURNIQUET  □ NONE  HOSPITAL ID: **50041**
LOCATION: *Left Forearm*    LOCATION:_____
APPLIED BY: *BWachni, CLT*    APPLIED BY:_____
SETTING: **250 mm Hg**    SETTING:_____
TIME INFLATED: **1105**    DEFLATED: **1114**    TIME INFLATED:_____  DEFLATED:_____
TIME INFLATED:_____    DEFLATED:_____    TIME INFLATED:_____  DEFLATED:_____

ELASTIC STOCKINGS: ☒ NONE  □ KNEE  □ THIGH    SHAVE: □ NONE  □ RAZOR  □ CLIPPER
STOCKINETTE: □ YES  ☒ NO    PREP: □ NONE  □ IODOPHOR SCRUB  □ IODOPHOR PAINT
SEQUENTIAL COMPRESSION STOCKINGS: □ YES  ☒ NO  HOSPITAL ID#:_____    □ TECHNICARE  □ DURAPREP ☒ OTHER_____

---

POSITION: ☒ SUPINE  □ PRONE  □ LITHOTOMY  □ ^RIGHT LATERAL  □ ^LEFT LATERAL  □ JACKNIFE  □ FROGLEG  □ FOWLERS  □ SITTING
□ BEACH CHAIR  □ TRENDELENBURG  □ REVERSE TRENDELENBURG  □ OTHER_____

**POSITIONING AIDES:**    LOCATION:
☒ SAFETY BELT_____
□ FOAM DOUGHNUTS_____
□ PILLOW_____
□ BLANKETS/SHEETS_____
□ GEL PADS_____
□ ROLLS_____
□ SANDBAG □ 5lb □ 10lb _____
□ OTHER_____

**ARM POSITIONING:**
ARM SECURED ON ARM BOARD    □ RIGHT  □ LEFT
ARM SECURED @ SIDE    ☒ RIGHT  □ LEFT
ARM SECURED ACROSS CHEST    □ RIGHT  □ LEFT
ARM SECURED ABOVE HEAD    □ RIGHT  □ LEFT

**POSITIONING EQUIPMENT:** □ NONE
□ PADDED ALLEN STIRRUPS
□ CANDY CANE STIRRUPS
□ MAYFIELD W/HORSESHOE HEADREST/
   EYES PADDED & HEAD WRAPPED
□ MAYFIELD W/3 POINT SKELETAL TRACTION
□ SHOULDER TABLE / CAPTAINS CHAIR
   EYES PADDED & HEAD WRAPPED
□ HALTER & TRACTION
□ OTHER _____

□ SHOULDER BRACES
□ FRACTURE TABLE
□ C-ARM/X-RAY TABLE
□ WILSON FRAM
□ LATERAL HIP POSITIONER
□ SHOULDER HOLDER
□ SUREFOOT POSITIONER
□ KIDNEY RESTS
□ VAC PAC
□ NISSAN STRAPS

☒ PADDED HAND TABLE    □ RIGHT  ☒ LEFT
□ KNEE HOLDER    □ RIGHT  □ LEFT
□ PADDED LATERAL ARM HOLDER    □ RIGHT  □ LEFT

*Left margins (vertical text):*
POTENTIAL FOR INJURY R/T EXTRANEOUS OBJECTS OR CHEMICAL PHYSICAL & ELECTRICAL HAZARDS
POTENTIAL FOR ALTERED SKIN INTERGRITY OR IMPAIRED TISSUE PERFUSION / POTENTIAL FOR INFECTION
POTENTIAL FOR ALTERED SKIN INTERGRITY OR IMPAIRED TISSUE PERFUSION / POTENTIAL FOR INJURY
POTENTIAL FOR ALTERED SKIN INTERGRITY OR IMPAIRED TISSUE PERFUSION / POTENTIAL FOR INJURY

# SIBLEY MEMORIAL HOSPITAL
## PERIOPERATIVE NURSING RECORD

DATE: 08/15/03    PAGE 3

```
PATTERSON,DARRYL        39Y/M
583-012  SSCI    SUR SSCI
17915759  BARTH,RICHARD W
--- --- ---    08/15/2003
08/12/1964
```

*(left vertical sidebar)* POTENTIAL FOR INFECTION & ALTERED/IMPAIRED SKIN INTEGRITY
POTENTIAL FOR INJURY R/T CHEMICAL, PHYSICAL & ELECTRICAL HAZARDS

| IRRIGATION  ☐ NONE | SITE | AMOUNT | PREPARED BY | DRAINS ☑NONE | SIZE | LOCATION | FIXATION |
|---|---|---|---|---|---|---|---|
| ☐ .9% NaCl | | | | ☐ BLAKE | | | |
| ☐ WATER | | | | ☐ CHEST TUBE | | | |
| ☐ LACTATED RINGERS | | | | ☐ FOLEY | | | |
| ☐ BSS/BSS+ | | | | ☐ HEMOVAC | | | |
| ☑ 1000cc NaCl / 50,000U BACITRACIN / 500,000U POLYMYXIN | opsite | Q.S. | BN | ☐ JACKSON PRATT | | | |
| ☐ 1000cc NaCl/1Gm ANCEF | | | | ☐ MINI-FLAP | | | |
| ☐ 1000cc NaCl/1cc ADRENALIN (1:1000) | | | | ☐ PENROSE | | | |
| ☐ 250cc NaCl IV/5000U HEPARIN | | | | ☐ SALEM SUMP | | | |
| ☐ GLYCINE | | | | ☐ | | | |
| ☐ | | | | ☐ | | | |

| MEDICATION  ☐ NONE | DOSAGE | TIME | ROUTE | PREPARED BY | ADMINISTERED BY |
|---|---|---|---|---|---|
| Marcaine .5 / Xylocaine 1% | 10cc | | injected | BN | BM Dachnett |
| | | | | | |

SKIN CLOSURE:  ☐ NONE  ☐ SUTURE  ☐ SUBCUTICULAR  ☐ STAPLES  ☐ STERI-STRIPS  ☐ RETENTION

PACKING/DRESSING- *CHECK AND CIRCLE ALL THAT APPLY*

| | | |
|---|---|---|
| ☐ NONE | ☐ CAST, PLASTER | ☐FLUFFS |
| ☐ ABDOMINAL BINDER | ☐ CERVICAL COLLAR | ☑ 4X4S / 2 x 2'S |
| ☐ ABDs | ☐ CHIN STRAP | ☐ IMMOBILIZER: KNEE / SHOULDER |
| ☐ ABDUCTION PILLOW | ☐ COLD WRAP: KNEE / SHOULDER | ☑ KERLIX / KLING STRETCH BANDAGE |
| ☑ ACE/COBAN | ☐ COTTON BALLS/TONSIL SPONGES | ☐ MONTGOMERY STRAPS |
| ☐ ADAPTIC | ☐ COTTON ROLL | ☐ NASAL SPLINT: _____ |
| ☐ BAND-AIDS | ☐ COVERLET | ☐ OWENS GAUZE |
| ☐ BENZOIN/MASTISOL | ☐ DRIP PAD | ☐ PACKING: IODOPHOR / PLAIN /VASELINE |
| ☐ BRA | ☐ ELASTOPLAST | ☐ SANITARY PAD |
| ☐ CAST, FIBERGLASS | ☐ EYE PAD/EYE SHEILD | ☐ SLING / SLING & SWATHE |
| | | ☐ SPLINT, FIBERGLASS |

| |
|---|
| ☐ SPLINT, PLASTER |
| ☐ STERI-STRIPS |
| ☐ TAPE: ADHESIVE / FOAM / PAPER / PLASTIC |
| ☐ TEGADERM |
| ☐ TELFA |
| ☐ UNDERGARMENT, SUPPORTIVE MESH |
| ☐ WEBRIL |
| ☑ XEROFORM |
| ☐ OTHER _____ |

**POST OPERATIVE SKIN CONDITION:**
☑ UNCHANGED
☐ GROUNDING PAD SITE CHECKED
☐ CHANGES/DESCRIPTION *See Intraoperative Nursing Notes*

**POST OPERATIVE LEVEL OF CONSCIOUSNESS**
☐ UNDER CARE OF ANESTHESIA
☑ AWAKE AND UNSEDATED
☐ SEDATED PREOPERATIVELY, AWAKENS EASILY

**PATIENT AIRWAY STATUS**
☑ SPONTANEOUS AIRWAY
☑ EXTUBATED
☐ INTUBATED
☐ ORAL AIRWAY
☐ NASAL AIRWAY
☐ LMA
☐ O2 THERAPY
☐ TRACHEOTOMY SIZE_____

**ACCOMPANYING PERSONNEL**
☐ ANESTHESIOLOGIST    ☐ SURGEON
☐ SURGICAL ASSISTANT    ☐ RESIDENT
☐ PHYSICIAN ASSISTANT    ☐ MEDICAL STUDENT
☑ NURSE    ☐ SECOND ASSISTANT
☐ ANESTHESIA TECHNICIAN    ☐ NURSING ASSISTANT/SPT

**METHOD OF TRANSPORT**  ☑ OR STRETCHER
☐ PATIENT BED  ☐ ICU BED  ☐ TRANSPORT MONITOR  USED

| INTRAOPERATIVE NURSING NOTES | TIME | 02 SAT | B/P. | PULSE |
|---|---|---|---|---|
| | 1105 | 99% | 144/78 | 64 |
| | 1110 | | 136/88 | 61 |
| | 1115 | ✓ | 160/99 | 66 |
| | | | | |
| | | | | |
| | | | | |

UNIT RECEIVING PATIENT ☐ PACU  ☐ SDS
☐ ICU  ☐ IMC  ☐ NURSING UNIT  ☑ SSC

REPORT GIVEN TO RECEIVING UNIT: ☐ VERBAL  ☐ TELEPHONE

NAME  *Elaine Neidecker RN*

RN SIGNATURE(S)  *Barbara Dachnett*

# SIBLEY MEMORIAL HOSPITAL
# SHORT STAY RECORD

PATTERSON, DARRYL        39Y/M
58 PATIENT STAMP C1    SUR SSC1
19015759 BARTH, RICHARD W
03/10/1964

NOTE: ONLY AREAS INDICATED WITH ♦ NEED TO BE COMPLETED FOR PATIENTS WHO ARE NOT RECEIVING ANESTHESIA OR SEDATION

♦ CHIEF COMPLAINT, INDICATION FOR PROCEDURE AND HISTORY OF PRESENT ILLNESS: 03/10/1964

39 y/o AA ♂ presents S/P accidental amputation of left index at the PIP by Metro door 6/25/03, and is here today for I & D. He denies LUE pain, swelling, ⊖ numbness or tingling. Also denies fever, chills, N-V-D.

SOCIAL HX: Self-Employed
SMOKE: Former Smoker
ETOH: 1 glass of wine qhs

PAST SURGICAL / MEDICAL HISTORY:
PSHx ① Index finger 6/25/03    PmHx - Non-contributory

MEDS: None - Completed 10-day Abx yesterday - He does not recall name of Abx.

♦ ALLERGIES: NKDA                T 36.2° P 55 R 16 B/P 128/78

PHYSICAL EXAMINATION: ALERT ×3 WELL DEVELOPED ✓ WELL NOURISHED ✓

HEENT: AT/NC, Eyes-EOMI/PERRLA, pharyngodynia/y    GU: Not Required
HEART: RRR, S₁+S₂ heard, Grade III/IV LLSB + Apex    ABDOMEN: Flat, BS+ normoactive, NT, soft
LUNGS: CTA bilaterally, A+P    GYN: Not Applicable
MUSCULOSKELETAL: UE/LE motor/Sensory 5/5    BREASTS: Not Required
Peripheral pulses 2+ symmetrical ⊖ Trochlear or axillary lymphadenopathy
♦ FOCUSED FINDINGS: Per Dr. Barth (lymphadenopathy)

♦ PRE-OP DIAGNOSIS: Infected ① Index finger - S/P Amputation
♦ PLAN: I & D Left Index Finger

Signature of MD.                    J.H. PA-C

♦ POST-OP DIAGNOSIS: R/o Abs ① IF
♦ SURGEON: Barth    ASSISTANT:
♦ DESCRIPTION OF PROCEDURES:

♦ FINDINGS:

♦ EBL:

♦ SPECIMENS:

POST-OP AND DISCHARGE INSTRUCTIONS/FOLLOW-UP CARE (INCLUDE MEDICATIONS, DIET & ACTIVITY) **CHECK HERE IF WRITTEN INSTRUCTIONS GIVEN (OR TO BE GIVEN) TO PATIENT_____ AND DO NOT COMPLETE THIS SECTION

SIGNATURE: _____    DATE: 3/15/03

02-101 MR (Rev 8/02)

SIBLEY MEMORIAL HOSPITAL
Printed: Tue Aug 19, 2003 9:56 AM

CHART Copy

Name=**PATTERSON,DARRYL**                                      MRUN=588-012
  DOB=03/10/1964        Age=39Y          Sex=M          Acct #=19015759
Loc/Svc=/SSCI                                           Admit Date=08/15/2003
**FINAL REPORT**                                      Discharge Date=08/15/2003
===============================================================================

SIBLEY MEMORIAL HOSPITAL
OPERATIVE SUMMARY


PATIENT NAME:              PATTERSON, DARRYL
MEDICAL RECORD NUMBER:     588-012
ACCOUNT NUMBER:            19015759

---

DATE OF PROCEDURE:         08/15/03
SURGEON:                   RICHARD W. BARTH, M.D.
ASSISTANT:
PREOPERATIVE DIAGNOSIS:    Rule out osteomyelitis, left index
                           finger, status post amputation.
POSTOPERATIVE DIAGNOSIS:   Pyogenic granuloma; doubt osteomyelitis.
PROCEDURE PERFORMED:       Examination of pyogenic granuloma, left
                           index finger, with irrigation and
                           debridement and deep culture of bone,
                           proximal phalanx.
ANESTHESIA:                Metacarpal block.

ESTIMATED BLOOD LOSS:      Minimal.

COMPLICATIONS:             None.

TOURNIQUET TIME:           Approximately 20 minutes.

INDICATIONS FOR PROCEDURE:    The patient is a 39-year-old gentleman
who had his left index finger amputated by a Metro bus.  He underwent
a primary amputation at the P1 level.  He initially did well but saw
my partner, Dr.Unger, last week, complaining of purulent drainage.
He was started on Keflex.  I saw him in the office on Wednesday.  He
was complaining of persistent purulent drainage in the morning.  This
was despite a week of antibiotics.  I went over options.  I discussed
options with him.  I recommended I\T\D and culture.  I have answered his
questions.

                       In the interim, the patient discontinued
his antibiotic on his own.  The drainage apparently improved this
morning.  I again discussed options.  We will proceed with
exploration, culture, and I\T\D.

DESCRIPTION OF PROCEDURE:    The patient was brought into the
operating room and properly identified and placed supine on the
operating table.  A metacarpal block was performed on the left index
finger.  The left upper extremity was prepped and draped in the usual
sterile fashion.  A well-padded tourniquet was placed on the proximal
forearm and elevated after Esmarch exsanguination.  I made an incision
utilizing the previous flap incision volarly, incorporating the small
lesion, which appeared to be a pyogenic granuloma.  I elevated the

SIBLEY MEMORIAL HOSPITAL

CHART Copy

Name=**PATTERSON,DARRYL**                              MRUN=588-012
  DOB=03/10/1964        Age=39Y          Sex=M        Acct #=19015759
Loc/Svc=/SSCI                                         Admit Date=08/15/2003
**FINAL REPORT**                                     Discharge Date=08/15/2003
==================================================================================

skin flaps.  There was a pyogenic granuloma extending deep.  I sharply
excised this and cauterized the margins.  I then dissected down to the
bone of the distal phalanx.  I found no collection.  There was no sign
of deep infection.  I cultured this area and then copiously irrigated
out the digit.  I loosely closed the incision.  A light compressive
dressing was applied.  The patient tolerated the procedure well.
There were no complications.

DISPOSITION:                    The patient was discharged home in
stable condition.  He will follow up in my office in seven to ten
days.  He will remove his dressing in 48 hours.  We discussed
antibiotics.  He was having problems with nausea from the Keflex.
Clinically, he does not appear to have an infection at this point.  We
will hold off on antibiotics pending cultures.

Caution: Reports not manually signed may have additional changes
         Please refer to the chart copy
==================================================================================
  Dictated By=BARTH,RICHARD W (MD)              D/T=08/18/2003 0000
  Text Status=**FINAL**
    Signed By= _____        D/T= 8/25/03
                  BARTH,RICHARD W (MD)
Transcribed By=MEDQ,USER                         D/T=08/15/2003 0000

```
                    SIBLEY MEMORIAL HOSPITAL
                     RESULTS BY SELECTION
                     RESULTS REPORTING
                  Wed Aug 20, 2003 12:13 PM
                     Printed By: RP,MR


Name= PATTERSON,DARRYL          Age= 39Y    Sex= M    MRUN 588-012
Adm Dt= 08/15/2003 Loc= SSC     Acct#= 19015759    Phys= BARTH,RICHARD W
------------------------------------------------------------------------

Ord #= L368425-1                          Sched D/T= 08/15/2003 1248
Ord Phys= BARTH,RICHARD W      RESULTED    Collect D/T= 08/15/2003 1135
Resulted by= SYS,IS                       Result D/T= 08/18/2003 1021
Original Result D/T= 08/15/2003 1603 by USER,SYSTEM

MISCELLANEUS CULTURE & SMEAR                        (1 of 2)
  SPECIMEN DESCRIPTION:    LEFT INDEX FINGER
  SPECIAL REQUESTS:        NONE
  GRAM SMEAR:              NO ORGANISMS SEEN
  CULTURE:
      FEW STAPHYLOCOCCUS AUREUS
      FEW NORMAL SKIN FLORA
    NO ANAEROBIC GROWTH OBTAINED
  REPORT STATUS:           FINAL 08/18/20



Ord #= L368425-1                          Sched D/T= 08/15/2003 1248
Ord Phys= BARTH,RICHARD W    **PRELIMINARY**  Collect D/T= 08/15/2003 1135
Resulted by= SYS,IS                       Result D/T= 08/17/2003 1129

SUSCEPTIBILITY-1                                    (2 of 2)
  ORGANISM:               FEW STAPHYLOCOCCUS AUREUS
  METHOD:                 MIC
  AMOXICILLIN/CLAVULANIC A:  <=4/2 SUSCEPTIBLE
  CEFAZOLIN:              <=8 SUSCEPTIBLE
  CIPROFLOXACIN:          <=1 SUSCEPTIBLE
  CLINDAMYCIN:            <=0.5 SUSCEPTIBLE
  ERYTHROMYCIN:           <=0.5 SUSCEPTIBLE
  GENTAMICIN:             <=4 SUSCEPTIBLE
  OXACILLIN:              1 SUSCEPTIBLE
  RIFAMPIN:               <=1 SUSCEPTIBLE
  TETRACYCLINE:           <=4 SUSCEPTIBLE
  TRIMETH-SULFAMETHOXAZOLE:  <=2/38 SUSCEPTIBLE
  VANCOMYCIN:             <=2 SUSCEPTIBLE
  CEFEPIME:               <=8 SUSCEPTIBLE
  PIPERACILLIN TAZOBACTAM:   <=4 SUSCEPTIBLE
  MOXIFLOXACIN:           <=2 SUSCEPTIBLE
```

DF

```
            Sibley Memorial Hospital              Page  1
              Department of Pathology
              5255 Loughboro Road, NW
              Washington, DC 20016-2698
              Interim Laboratory Results
              Tue Aug 19, 2003 5:53 AM
```

Name: **PATTERSON, DARRYL**

```
                            Age: 39Y    Sex: M   MRUN: 588-012
Adm Dt: 08/15/2003          Loc: SSC            Acct #: 19015759
```
-------------------------------------------------------------------

Occ #: L368425-1  Ord Phys: BARTH,RICHARD W   Date: 08/15/2003 Time: 1248

Item: MISCELLANEUS CULTURE & SMEAR          Status: RESULTED
                              Last Result Date: 08/18/2003 Time: 1021


```
   SPECIMEN DESCRIPTION:     LEFT INDEX FINGER
   SPECIAL REQUESTS:         NONE
   GRAM SMEAR:               NO ORGANISMS SEEN
   CULTURE:
       FEW STAPHYLOCOCCUS AUREUS
       FEW NORMAL SKIN FLORA
     NO ANAEROBIC GROWTH OBTAINED
   REPORT STATUS:            FINAL 08/18/20
```


**********   END OF INTERIM REPORT   **********

PATTERSON, DARRYL          39Y/M
533-012  SSCI    SUR SSCI
19015759  BARTH, RICHARD W
--- --- ---        08/15/2003
03/10/1964

**SIBLEY MEMORIAL HOSPITAL**
**PHYSICIANS' ORDER SHEET**

| | | | |
|---|---|---|---|
| **BLOCK PRINT ALL MEDICATION ORDERS** | | | |
| **Use ballpoint pen - press firmly** | | | |

Authorization is given to dispense a generically equivalent drug unless it is written that no other brand is acceptable.

| Order Noted RN | Date | Time | When ordering medications, specify:  DOSE  ROUTE  FREQUENCY  INDICATION |
|---|---|---|---|
| | 8/15/3 | | D/C to home per rich |
| | | | |

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

02107 (03/02)

## Sibley Memorial Hospital

# Initial Pain Assessment / Inventory

### (Check the appropriate response)

☒ Pain absent or not requiring intervention at this time. Pain will be reassessed regularly.
☐ Presence of Acute Pain (This response requires completion of this form)
☐ Presence of Chronic Pain. (This response requires completion of this form)

Diagnosis / Procedure: _____

| Medication | Dosage and frequency | Period of time on Medication |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Physician Managing pain: _____

**PAIN INTENSITY RATING:**
Specify scale used :
☐ **Numeric (0 to 10)**   ☐ **Verbal**
☐ **Wong Baker**   ☐ **FLACC**
**Patient Goal:** _____
Current pain rating: _____
Pain rating at rest: _____
Pain rating with activity: _____

**QUALITY:**
☐ Burning   ☐ Stabbing   ☐ Cramping
☐ Sharp   ☐ Ache

**EFFECTS OF PAIN** (check all that apply)
Sleep disturbance:   ☐ Yes ☐ No
Appetite: ☐ Good   ☐ Fair   ☐ Poor
Concentration: ☐ no affect   ☐ poor
Physical activity: ☐ no effect ☐ poor activity tolerance
Side effects: ☐ nausea ☐ constipation ☐ lethargy
Other: _____

**LOCATION: (Mark Drawing)**

What increases the pain _____

What relieves the pain: _____

Physician Notified: _____

Pain Service Notified ☐ YES   ☐ NO

Plan: _____

Patient/Family Education per standard ☐

RN Signature: _E. Nudober RN_

02313MR  (04–02)

PATTERSON,DARRYL                39Y/M
588-012  SSC1   SUR SSC1
19015759  BARTH,RICHARD W
--- ---
03/10/2003      08/15/2003

# MEDICAL HISTORY

PATTERSON, DARRYL
583-012  SSCI          39Y/M
19015759 BARTH, RICHARD W    SUR SSCI
--- --- ---          08/15/2003
03/10/1964

PLEASE PRINT

Name _Darryl Patterson_

Age _39_     Height _6'2"_     Weight _195_

Please list drug allergies _no known allergies_

Please list food/environmental allergies (e.g. bananas, latex, dust) _no known allergies_

Please list **all** medications: prescription drugs/over the counter medications/ herbal supplements you are now taking or have taken in the past one month. Include dosage.

1. _antibiotic (4 pills daily)_     3. _____     4. _____

What medications will you take the morning of surgery? _none_

Do you smoke? ☐ Yes ☑ No  If yes, how much/day? _____

Did you ever smoke? ☑ Yes ☐ No  If yes, quit when? _July 3, 1990_

Do you use recreational drugs? ☑ Yes ☐ No _____

Alcoholic Beverages? ☑ Yes ☐ No  If yes, # per day _1 glass of wine per night_

**Do you or did you ever have:** (Check any YES answers)

1. **Respiratory Disease?** ☐ Asthma ☐ Emphysema ☐ Bronchitis ☐ Shortness of Breath ☐ Chronic Cough ☐ Other
2. **Heart Disease?** ☐ Heart Attack ☐ Chest Pain ☐ Angina ☐ Irregular Heart Beats ☐ Palpitations
   ☐ Heart Failure ☐ High Blood Pressure ☐ Low Blood Pressure ☐ Mitral Valve Prolapse
   ☐ Other
3. **Infectious Disease?** ☐ Hepatitis ☐ HIV ☐ Mono ☐ Tuberculosis ☐ Other
4. **G.I. Disease?** ☐ Ulcer ☐ Hiatal Hernia ☐ Gall Bladder ☐ Other
5. **Liver Disease?** ☐ Jaundice ☐ Cirrhosis ☐ Bleeding Disorder ☐ Other
6. **Endocrine Disease?** ☐ Diabetes ☐ Hypoglycemia ☐ Thyroid Disease ☐ Other
7. **Neurological Disease?** ☐ Convulsions ☐ Stroke ☐ Loss of Sensation ☐ Back or Neck Pain or Injury ☐ Other
8. **Kidney Disease?** ☐ Kidney Stones or Infections ☐ Bladder Infections ☐ Tumor ☐ Other
9. **Psychiatric?** ☐ Depression ☐ Anxiety ☐ Other

Do you have any? ☐ Contact Lens ☐ Hearing Aids ☐ Implant

**Teeth:** ☐ Dentures ☐ Partial/Full ☑ Capped Teeth ☐ Broken Teeth  Where? _upper/lower rear of mouth_

Are you pregnant? ☐ Yes ☐ No     Last Menstrual Period _____

# NURSING ASSESSMENT

Admission Vital Signs

Date: _____

**Chief Complaint:**

**Additional Assessment:** (# 1 - 9 all yes answers must be explained.)

T _36.8_  B/P _128/88_

P _55_  Ht _____

R _16_  Wt _____ kg

**Previous Surgeries:** _Repair of left Index finger after amputation (accident - hit by Metro bus) 6/03_

**Meds Given:**

**IV Start:**

Home Assessment: _Will have help if needed_

Ride Home: _To drive self home_

_8/15/03     950 AM          E Neidecker RN_

# Sibley Memorial Hospital
# Interdisciplinary Patient/Family
# Education Index

PATTERSON,DARRYL        39Y/M
533-012  SSCI    SUR SSCI
19015759 BARTH,RICHARD W
--- --- ---  08/15/2003

| The patient has a desire to learn: Yes No | The patient and/or family is motivated to learn: Yes No |

Potential learning barriers are: Literacy  Language  Hearing  Vision  Religious  Health
Emotional  Cognitive/Educational  Cultural  Socioeconomic  Other:_____
Interventions to eliminate/reduce potential barriers:_____

| Item/Topic | Instruction Method | | | | | | Expected Outcome  The patient/family will: | Outcome Code  M=MET  NM=NOT MET  NA=NOT APPLICABLE | See Notes for Specifics | | | Date/Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Discussion | Printed Materials | Demonstration | Return Demo | Video | Instruct. Waived | | | Consult Sheet | Progress Notes | Nurses Notes | |
| **Orientation/General Information** | | | | | | | | | | | | |
| Hospital Orientation | ✓ | | | | | | Receive information about services, patient rights/responsibilities, advance directives, patient handbook, patient safety management, fall risk, and reason for hospitalization. | m | | | | 8/15 |
| Unit Orientation | ✓ | | | | | | | m | | | | |
| Reason for Admission | ✓ | | | | | | | m | | | | |
| Pt safety mgt. | ✓ | | | | | | | m | | | | |
| Fall Risk | ✓ | | | | | — | | m | | | | |
| **Procedure/Test** | | | | | | | | | | | | |
| 1 Initial Plan of Care | ✓ | | | | | | State purpose of procedure, special preparation required, and process of recovery, and initial plan of care. | m | | | | ↓ |
| *Pre + Post-op teaching* | | | | | | | | m | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Medications** | | | | | | | **Pharmacy Consult** | | | | ☐ | |
| | | | | | | | State purpose, dosage, route, 1-2 possible side effects, and pertinent food/drug interactions | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Pain Management** | | | | | | | **Pain Service Consult** | | | | ☐ | |
| 1 **General Mgmt** | | | | | | | State expected outcomes of effective pain management interventions. | | | | | |
| 2 **PCA** | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |

02305MR  (6/01)

```
PATTERSON,DARRYL        39Y/M
5B3-012  SSCI    SUR SSCI
19015759 BARTH,RICHARD W
--  --- ---   08/15/2003
03/10/1964
```

# SIBLEY MEMORIAL HOSPITAL
## AUTHOR VERIFICATION RECORD
ALL PHYSICIANS AND STAFF WHO DOCUMENT IN THE MEDICAL RECORD
MUST RECORD THEIR NAME AND SIGNATURE IN THE SPACES PROVIDED

| PRINT YOUR NAME | SIGNATURE (REQUIRED) |
|---|---|
| BRENDA EDWARDS | Brenda Edward |
| ELAINE NEIDECKER | Elaine Neidecker RN |
| JOSEPH Hobbs Jr. P.AC | Joseph Hobb Jr. PA-C |
| BARB | |
| BARBARA WACHNIK | Barbara Wachnik |
| Geil Gourrecau | Geil Gennecette |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# Sibley Memorial Hospital

5255 LOUGHBORO ROAD N.W.
WASHINGTON, DC 20016

PATIENT NAME

PATTERSON, DARRYL

ADMITTED:
05/15/2003

PAGE
1

BILL TO

PATTERSON, DARRYL
1419 EAST CAPITOL ST SE

WASHINGTON, DC 20003

DISCHARGED:
05/15/2003

PATIENT NUMBER

1234567B

BILL DATE
05/28/2003

AMOUNT OF
PAYMENT  $ _____

FOR PROPER CREDIT DETACH AND RETURN WITH PAYMENT

| POSTING DATE | DESCRIPTION OF SERVICE | CODE | CHARGES CREDITS | ESTIMATED INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|
| 5/15/03 | BACITRACIN 50 MU/VIAL | 60400010 | 5.10 | | |
| 5/15/03 | POLYMYXIN B 500,000U POWDER | 60400030 | 14.70 | | |
| 5/15/03 | BUPIVACAINE 0.5% 10ML | 60101580 | 1.80 | | |
| 5/15/03 | LIDOCAINE 1% 50V 50 ML | 60100100 | 8.20 | | |
| | SUBTOTAL - 251 | | 89.80 | | |
| 5/15/03 | MINOR SURGERY PACK | 70003000 | 49.75 | | |
| | SUBTOTAL - 272 | | 49.75 | | |
| 5/15/03 | CULTURE BACTERIAL/OR | 41089930 | 78.50 | | |
| 5/15/03 | ANAEROBIC CULT STOOL | 41060400 | 110.00 | | |
| 5/15/03 | BACT, PREAM STAINSMEAR | 41089740 | 30.50 | | |
| 5/15/03 | SENSITIVITY MIC | 41089500 | 55.50 | | |
| 5/15/03 | BIOCHEM 1ST PANEL | 41084580 | 56.00 | | |
| | SUBTOTAL - 306 | | 330.50 | | |
| 5/15/03 | PRE-OR PREP & CARE | 88800030 | 226.00 | | |
| 5/15/03 | PLAS SURG/OR LVL 3 1/0.5 HRS | 88202050 | 1370.00 | | |
| | SUBTOTAL - 360 | | 1596.00 | | |
| 5/15/03 | ANESTHESIA MATERIAL/SUPPLY | 96096010 | 257.50 | | |
| | SUBTOTAL - 370 | | 257.50 | | |
| 5/15/03 | POST-OR, LOCAL 0.5 HRS | 88800050 | 175.00 | | |
| | SUBTOTAL - 710 | | 175.00 | | |
| | CHARGE SUMMARY | | | | |
| | CODE   REVENUE DESCRIPTION | | | | |
| | 251   DRUGS/GENERIC | | 89.80 | | |
| | 272   STERILE SUPPLY | | 49.75 | | |

NOTICE TO PATIENT/GUARANTOR:

The posting date represents the date charge was added to this account and not necessarily the date the service was rendered. Additional billing may be necessary for any charges not posted when this bill was prepared or if insurance does not pay the estimated insurance shown above.

Balances are payable upon receipt. A finance charge of 1% per month on the unpaid balance equal to 11.65% per year will be imposed beginning 45 days from the original due date.

TOTALS

DUE BY PATIENT WITHIN 30 DAYS

**SIBLEY MEMORIAL HOSPITAL**
(202) 537-4055

TAX ID NO. 53-0196602

THESE CREDIT CARDS MAY BE USED
TO PAY THIS BILL




# Sibley Memorial Hospital

5255 LOUGI    RO ROAD N.W.
WASHINGTON, DC 20016

PATIENT NAME

PATTERSON, DARRYL

ADMITTED:

08/15/2003

PAGE
1

BILL TO

PATTERSON, DARRYL
1118 EAST CAPITOL ST SE

WASHINGTON, DC 20003

DISCHARGED:

08/15/2003

PATIENT NUMBER

15015759

BILL DATE

08/28/2003

AMOUNT OF
PAYMENT  $ _____

### FOR PROPER CREDIT DETACH AND RETURN WITH PAYMENT

| POSTING DATE | DESCRIPTION OF SERVICE | CODE | CHARGES CREDITS | ESTIMATED INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|
| | CHARGE SUMMARY | | | | |
| | CODE   REVENUE DESCRIPTION | | | | |
| | 360   OR SERVICES | | 1596.00 | | |
| | 370   ANESTHESIA | | 657.50 | | |
| | 710   RECOVERY ROOM | | 135.00 | | |
| | TOTAL CHARGES | | 2398.45 | | |
| | TOTAL PAYMENTS | | | | |
| | TOTAL ADJUSTMENTS | | | | |

CE TO PATIENT/GUARANTOR:

ting date represents the date charge was added to this account and not necessarily the date
ice was rendered. Additional billing may be necessary for any charges not posted when this bill
prepared or if insurance does not pay the estimated insurance shown above.
ces are payable upon receipt. A finance charge of 1% per month on the unpaid balance equal
.65% per year will be imposed beginning 45 days from the original due date.

TOTALS

| | |
|---|---|
| 2398.45 | DUE BY PATIENT WITHIN 30 DAYS |

**SIBLEY MEMORIAL HOSPITAL**
(202) 537-4055

TAX ID NO. 53-0196602

THESE CREDIT CARDS MAY BE USED
TO PAY THIS ACCOUNT

MasterCard    VISA    

4)

**\*\*PATIENT FACESHEET\*\*    G W UNIVERSITY HOSPITAL**

```
PT NAME:   PATTERSON , DARRYL N                    06/27/03
NURS STA:                PT TYPE:   T      PT NO:        107623605
ROOM/BED:                HOSP SVC:  EMR    MED REC NO: 2308717
PT STATUS: ET            MARITAL STS: S    RACE:    2    REL: NON
SSN:       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   AGE: 39 SEX M     BIRTHDATE: 03/10/1964
PREV NAME:                                 INFANT AGE:
ADDRESS:   1113 E CAPT ST SE               PHONE: 202 - 544-7667
                                           DISTRICT CD:   28
CITY:      WASHINGTON          ST: DC ZIP:  20003-0000
EMPLOYER:  SELF EMPLOYED           CHURCH: NO CHURCH SPECIFIED
ADDRESS:
CITY:                          ST:    ZIP:
OCCUPATION: SELF EMPLOYED      PHONE:   -  -
GUARANTOR: PATTERSON , DARRYL N
ADDRESS:   1113 E CAPT ST SE
CITY:      WASHINGTON          ST: DC ZIP: 20003-0000  REL: S
OCCUPATION:            GUAR SSN: 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 PHONE: 202-544-7667
  GUAR EMPL: SELF EMPLOYED        PHONE:   -  -
  ADDRESS:
  CITY:                        ST:    ZIP:
EMER CONTACT: COVINGTON , REGINALD                  REL K
  ADDRESS:   2700 CONN AV NW 101
  CITY:      WASHINGTON         ST: DC  ZIP: 20008-
       HOME PHONE: 202-328-5444  WORK PHONE:   -  -
NEXT OF KIN: COVINGTON , REGINALD                   REL: K
  ADDRESS:   2700 CONN AV NW 101
  CITY:      WASHINGTON         ST: DC  ZIP:  20008-
       HOME PHONE: 202-328-5444  WORK PHONE:   -  -
INSURANCE INFO:  # OF PLANS: 1   FC:  F
INS PL 1: 910  PRIVATE PAY        VERIFIED: N  POLICY #:
  COB:   1 PAYOR ID:    GROUP #/NAME:
  MAIL TO:   PATTERSON,DARRYL            PHONE: 202-544-7667
  ADDRESS:   1113 E CAPT ST SE           UR PHONE:   -  -
  CITY:      WASHINGTON    ST: DC ZIP: 20003 SUBSCRIBER: PATTERSON , DARRYL N
       AUTH #:                AUTH BY:
INS PL 2:                       VERIFIED:   POLICY #:
  COB:    PAYOR ID:    GROUP #/NAME:
  MAIL TO:                              PHONE:   -  -
  ADDRESS:                              UR PHONE:   -  -
  CITY:              ST:   ZIP:   SUBSCRIBER:
       AUTH #:                AUTH BY:
INS PL 3:                       VERIFIED:   POLICY #:
  COB:    PAYOR ID:    GROUP #/NAME:
  MAIL TO:                              PHONE:   -  -
  ADDRESS:                              UR PHONE:   -  -
  CITY:              ST:   ZIP:   SUBSCRIBER:
       AUTH #:                AUTH BY:
ADM BY:        IP PREADM BY:    OP PREADM BY:      ER REG BY: MOORSO
  REF SOURCE:                 FAM DR: 999995 MISCELLANEOUS PHYSICIA
  ACC IND: H   ACC DT/TM: 062703  14:20 JOB REL: N  ACC LOC:
  ADMIT DT/TM: 06/27/03  14:21       ADM SOURCE:   EO    ADM PRI:  X
  DSCH DT/TM:             DISP: AHR  ADM DR: 093559  HAYWOOD YOLANDA CHAR
  REF DR:   093559  HAYWOOD YOLANDA CHAR  ATN DR: 093559  HAYWOOD YOLANDA CHAR
  PROCEDURE:                   DIAGNOSIS: HIP PAIN
  CLIN COMM:                   SURGERY DATE:        ISOL IND:
  PREV STAY:                   PREV ADM DTE:
  PREV HOSP:                   PREV DSCH DTE:
  MODE ARRIVAL: SLF SELF       EXT COM: U   EXC: N   SP CAT: N
  ORGAN DONOR:     LIV WILL/ADV DIR: N   LOCATION:
15CE7767
```

2308717

    107623605  PATTERSON , DARRYL N
1113 E CAPT ST SE                                           28
WASHINGTON                   DC  20003-0000  202-544-7667      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
39  03/10/1964  M   2   S                         NON
06/27/03    14:21   EO  T   X   H   06/27/03   14:20
SELF EMPLOYED                 -   -          SELF EMPLOYED


COVINGTON , REGINALD
K  2700 CONN AV NW 101
WASHINGTON                   DC  20008-      202-328-5444
COVINGTON , REGINALD
K  2700 CONN AV NW 101
WASHINGTON                   DC  20008-      202-328-5444
PATTERSON , DARRYL N                             S   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
1113 E CAPT ST SE                                  202-544-7667
WASHINGTON                   DC  20003-0000  SELF EMPLOYED
SELF EMPLOYED                 -   -


PRIVATE PAY          910                         PATTERSON , S


HAYWOOD YOLANDA CHARLENE     093559       MOORSO
HIP PAIN                      EMR         UNKNOWN
HAYWOOD YOLANDA CHARLENE     093559
                                         SLF SELF
  U    N    N                        MISCELLANEOUS PHYSICIA



**PATIENT AUTHORIZATION FORM**

THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL
UHS



80010

107623605
PATTERSON , DARRYL N
DOB: 03/10/1964   39  SX: M     EMR
MRN: 2308717     ADM/REG DT: 06/27/03

**GENERAL POLICY:** All patients shall be treated, admitted and assigned accommodation without distinction to race, religion, color, national origin, sexual orientation, age or handicapping condition.

**CONSENT TO TREATMENT:** I have come to The George Washington University Hospital for medical treatment. I ask the health care professionals at the Hospital to provide care and treatment for me that they feel is necessary. The undersigned consents to the procedures, which may be performed during this hospitalization, or on an outpatient basis including emergency treatment or services. I consent to undergo routine tests and treatment as part of this care. These may include but are not limited to laboratory, radiology, medical or surgical tests, treatments, anesthesia or procedures as directed under the general and special instruction of the physician or surgeon. I understand that I am free to ask a member of my health care team questions about any care, treatment or medicine I am to receive. Because The George Washington University Hospital is a teaching hospital, I understand that my health care team will be made up of hospital personnel (to include nurses, technicians, and ancillary staff) under the direction of my attending physician and his/her assistants and designees (to include interns, residents, fellows and medical students). I am aware that the practice of medicine is not an exact science and admit that no one has given me any promises or guarantees about the result of any care or treatment I am to receive or examinations I am to undergo.

**PHYSICIANS NOT AS EMPLOYEES:** I understand that each physician is an independent contractor who is self employed and is not the agent, servant or employee of the hospital. I understand that I may receive separate billing from each of these providers for services rendered.

_____initials

**RELEASE OF INFORMATION:** The George Washington University Hospital is authorized to release any information necessary, including copies of my hospital and medical records, to process payment claims for health care services which have been provided, and to duly authorized local and federal regulatory agencies and accrediting bodies as required or permitted by law. George Washington University Hospital is further authorized to release demographic information to organizations performing patient satisfaction surveys. Such records may include information of a psychological or psychiatric nature, pertaining to my mental condition or treatment for conditions relating to the use of alcohol or drugs. In addition, I authorize my insurance carrier, employer or person otherwise responsible for payment to provide The George Washington University Hospital information necessary to determine benefits or process a claim. This release will be valid for the period of time to process the claim or until consent is revoked by myself. I release and forever discharge The George Washington University Hospital, its employees and agents, and my attending physician from any liability resulting from the release of my medical records or information from them for payment purposes. I understand that my name will be displayed in the signage system outside my hospital room.

**PERSONAL VALUABLES: THE GEORGE WASHINGTON UNIVERSITY HOSPITAL WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE TO CLOTHES, PERSONAL PROPERTY OR VALUABLES.**

**NON-SMOKING POLICY:** In accordance with regulatory agency standards, the Hospital is a non-smoking facility.

**FINANCIAL AGREEMENT/ASSIGNMENT OF BENEFITS:** I assign any and all insurance benefits payable to me to The George Washington University Hospital. I understand that I am responsible for payment for services rendered at the Hospital including excluded services from my insurance either because the plan deems such services not medically necessary, or for any other reason including pre-certification requirements, second opinions or preexisting conditions. Should the account be referred to any attorney or collection agency for collection, I understand that I will be responsible for attorney or collection expenses. I give permission to my insurance provider(s), including Medicare and Medicaid, to directly pay The George Washington University Hospital for my care instead of paying me. I understand that I am responsible for any health insurance deductibles and co-insurance and non-covered services.

I, the undersigned, state that the information that I have provided The George Washington University Hospital is correct to the best of my knowledge. I acknowledge by my signature that I have read and received a copy of this statement. I understand that by signing it, I am agreeing to it.

X _____
Signature of patient or responsible party

_____   _____
Date          Witness

Unable to sign
(   ) Serious Condition
(   )

_____
Hospital Representative              Date

---

**ADVANCE DIRECTIVE** (Only if Inpatient, Day Surgery, or Emergency Room Visits)
Do you have an Advance Directive
  (Living Will/Health Care Power of Attorney)? ___ Yes ___ No
If yes, did you bring it with you? ___ Yes ___ No
If you did not bring it with you, is there
someone we can contact to obtain a copy? ___ Yes ___ No
Name _____ Tel. _____
Your Advanced Directive wishes must be on your chart.

80-010 (1/03)

By my signature below, I consent to laboratory studies (HIV, HBV, HCV) in the event a health care worker is exposed to my blood or body fluids. I also agree to the disposal or use of any tissue or part removed from my body and/or to the taking of photographs during my treatment for research, teaching, or scientific purposes as long as my identity is not disclosed.

Signature _____ Date _____

THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL
**UHS**

**EMERGENCY DEPARTMENT
NURSING RECORD II**

75082B

107623605
PATTERSON , DARRYL N
DOB: 03/10/1964   39   SX: M   EMR
MRN: 2308717           ADM/REG DT: 06/27/03
*Pattersonn*

PATIENT IDENTIFICATION

**Accompanied by:** (Self) Relative   Friend   Other _____
**Triage category:** I  II  IIIA  IIIB  **Arrival Mode:** W.C.  ambulatory  Paramedic/BLS: recue # _____
**Prehos:** spineboard  C-collar  Splints _____ IV Solution _____ Amt. _____ Site/Size _____
   Oxygen: Cannula _____ l/min. Mask _____ % Intubated: size _____ PMD: _____ Meds PTA _____

| Allergies: (none) Unknown | Past Med Hx: | Meds: none unknown | Learning Barriers: |
|---|---|---|---|
| _____ _____ | *Denies* | *Percocet* | Language |
| | | | Physical   *NONE* |
| LNMP: _____ | | | Cognitive |
| Gravida/Para/Ab _____ | | | Sensory: Visual/Auditory |
| Last Tetanus: _____ | Wt: _____ kg | | Other _____ |

**CHIEF COMPLAINTS:**

| Triage Time 1445 | BP 141/81 | P 55 | RR 18 | Temp 98.7 | POx 99 | Pain Score 0-10= 5 |
|---|---|---|---|---|---|---|

39 YO. BLACK MALE TO GW ED. PAIN IN (R) HIP X 1 DAY. PT
STATES THAT HE INSURED IT 2 DOS AGO WHEN HE WAS HIT BY
A BUS. PT AMBULATING AD-LIBS S DIFFICULTY, IN NO DISTRESS
(R) HAND REMOTES BANDAGED

| Time Back _____ | MAP/PATHWAYS: | NURSE SIGNATURE: *(signature)* |
|---|---|---|

**NURSING ASSESSMENT**

| PERFUSION | RESPIRATORY | MENTAL STATUS | PAIN: PQRST | GI | PEDIATRIC |
|---|---|---|---|---|---|
| Color: (Normal) Pale | Normal Effort: | Orientation: (A&O x4) | Provoked by: | Vomiting x | **AGE 2-36 months** |
| Cyanotic Flushed | Cough | oriented x ___ (person | Quality: | Hematemesis | Good eye contact |
| Mottled Jaundiced | productive | place date event) | dull | Coffee-Grounds | Active  Playful |
| | dry | | (sharp) | Diarrhea N/A | Quiet |
| Moisture: Normal Dry | Sputum Color: | Altered LOC: | heavy | melena | crying, consolable |
| Diaphoretic Clammy | Wheezing | Obeys simple commands | burning | Rectal bleeding | Crying, not consolable |
| | Insp/Expir | Responds to voice | throbbing | | Strong Cry/Weak Cry |
| Temperature: (Normal) | Rales | Responds to pain | Other | | Listless |
| Warm  Hot  Cool | Diminished | Unresponsive | Region: (R) Hip | **GU** | Weight: _____ |
| | Accessory Muscles | Amnesiac for event | Radiates  Y (N) | Urethra Discharge | |
| Cap Refill: | Retractions | | Where _____ | Dysuria | Height: _____ |
| <2 sec (normal) | Exp. Grunt | Behavior: | Severity: (0/10) 5 | Hematuria N/A | Head |
| >2 sec (delayed) | Hoarse Voice | Age Appropriate | Time/Duration: | Frequency | Circumference: _____ |
| Absent | Stridor | Patient's reported baseline | Intermittent | urgency | |
| | | Anxious  Withdrawn | (Constant) | Difficult Voiding | |
| Pulses: Regular | | Combative | # Hr. _____ | | |
| Irregular  Weak | | Other _____ | **MUSCULOSKELETAL** | **OB/GYN** | |
| Bounding | | | Motor: | Vag bleeding | |
| | | | MAE x 4 | # pads _____ | |
| Edema: | | Speech: | Weakness (specify) | | |
| Peripheral (specify) | | (Normal) | | Vag discharge | |
| Other _____ | | Abnormal (describe) | Extremity: | itching | N/A |
| | | | Deformity | color N/A | |
| Monitor: NSR | | | Yes (No) | | |
| Other _____ | | | Site: | | |
| | | | Pulses: (Y) N | | |
| | | | Sensation: (Y) N | | |

75-082B (8/97)

THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL
UHS

**EMERGENCY DEPARTMENT**
**NURSING RECORD II**

75082C



107623605
PATTERSON , DARRYL N
DOB: 03/10/1964    39  SX: M    EMR
MRN: 2308717       ADM/REG DT: 06/27/03

PATIENT IDENTIFICATION

| NURSING ASSESSMENT: | | VITAL SIGNS: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | BP | P | RR | TEMP | GCS | PULSE OX | PAIN SCORE |
| 1650 Pt. left 5 per Deem p X-ra PW | | | | | | | | |

| TIME | MEDICATIONS | INT. |
|---|---|---|

| TIME | IV FLUIDS | INT. |
|---|---|---|

| Time | Intake | Time | Output | DISPOSITION | TIME |
|---|---|---|---|---|---|
| | | | | Discharged    Admitted    Transferred    Left AMA    AWOL    LWBS | |
| | | | | Report given to: | 1645 |
| | | | | ☐ Admit Room # _____ / Transfer IV _____ / Monitor _____ O₂ _____ | |
| | | | | ☐ Pt / family aware of need for admission / transfer and agree. | |
| | | | | Discharged via: ☑ Walk   ☐ W.C.   ☐ Carried   ☐ Ambulance   ☐ Police | |
| OUTCOME | | | | ☐ DC'ed; IV    Foley    NG tube | |
| INITIALS          NURSE SIGNATURE | | | | ☐ Aftercare Information sheet(s) provided: | |
| PW | | | | ☐ Discharge teaching provided / interpreter   ☐ Discharge Instructions understood by patient / significant other / parent | |
| | | | | ☐ Discharged/Admitted by: | |

75-082C (8/97)



THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL

UHS
Universal Health

# Emergency Department Patient Induction Form

Thank you for choosing The George Washington University Hospital for your emergency health care needs.

By completing this form and providing this information, we can quickly begin treatment:

Please note; you may be asked to provide additional information before you are discharged from the Emergency Department

When did you arrive in the Emergency Department?

**Date:** _06. 21. 03_     **Time:** _2:20 PM_

**Why did you come to the Emergency Dept?**
**(Problem or Chief Complaint)**

_Hip Pain would like a x-ray_

**Name:** _Darryl Patterson_

**Date of Birth:** _3. 10. 64_

**Social security #:** _216 88 7293_

**Current Tel. #** _202. 544. 7667_

Upon completion of this form please give both of the following documents (if available) to the Emergency Department Registrar.

Photo ID (driver's license/passport etc.):   ☐
With your **current** address

**Current** active health insurance card(s):   ☐

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:    DARRYL N PATTERSON
                                                    06/27/03  395
MED REC#:   02308717    53218301 XR HIP JOINT 2V RT

VT:         ER
ROOM:       XXX
D.O.S:      06/27/03
D.O.B:      03/10/64          YOLANDA C HAYWOOD,M.D.
                              EMERGENCY MEDICINE
                              BLDG VV

PROCEDURE:  AP and lateral views of right hip.

CLINICAL HISTORY:  The patient is a 38 year old with hip pain.

FINDINGS:  There is no evidence of acute pathology or arthritic change.
The bony mineralization is normal.  No bony erosion is seen.
No soft tissue abnormality is seen.

IMPRESSION:

Normal study.


Michael S. Dick, M.D.

I attest to the fact that I have reviewed the above images and agree
with the above.


Barry M. Potter, M.D.
Job #561944

06/27/03  395

06/30/03  TYPED
          SN    06/29/03        S/   BARRY M POTTER, M.D.
BMP/SN                      MEDICAL RECORDS
PATIENT:    DARRYL N PATTERSON
MED REC#:   02308717
                      Page 1 of 1

P.O. BOX 805030
CHICAGO IL 60680

FILE COPY

FORWARDING SERVICE REQUESTED

CALL TOLL FREE 1-(800) 486-4760

SEPTEMBER 25, 2003

85251-0010333
DARRYL N PATTERSON
C/O CAPLIN & DRYSDALE
MITZI PATRICK
ONE THOMAS CIRCLE NW
STE 1100
WASHINGTON DC 20005

RE:  CLIENT:              GEORGE WASHINGTON UNIV HOSP
     PATIENT:             DARRYL N PATTERSON
     SERVICE DATE(S):     06/25/03-06/25/03
     FILE NUMBER:         85251-0010333
     ACCOUNT NUMBER(S):   000107611287
     TOTAL AMOUNT DUE:        $9,775.50

TO WHOM IT MAY CONCERN:

As noted in our previous communication because of your failure to
resolve the above bill, Progressive Recovery Techniques (PRT) has
been engaged to contact you to finalize payment on your bill.

We are concerned about your failure to pay this bill and ask you
to contact our account representative listed below to make a
suitable arrangement with us.  You may also complete the form on
the back of this letter if you have medical insurance that will
cover this bill.

IT IS URGENT THAT YOU CONTACT US ABOUT RESOLVING THIS ISSUE.

Please send your payment to the office in the envelope provided
along with the completed remittance form on the back of this
letter.  The above account number should be indicated on all
payments and correspondence mailed to the office to ensure proper
handling and credit of your account.

PLEASE CALL MON THRU FRI BETWEEN THE HOURS OF 2:30-5:00PM EST

YOU MAY CONTACT YOUR
ACCOUNT REPRESENTATIVE TOLL FREE AT: 1-(800)486-4760

VERY TRULY YOURS,
PRT

PROGRESSIVE RECOVERY TECHNIQUES IS A DEBT COLLECTOR
AND A MEMBER OF THE AMERICAN COLLECTORS ASSOCIATION.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ALL INFORMATION
OBTAINED WILL BE USED FOR THE PURPOSE OF COLLECTING THIS DEBT.

0/    0

GEORGE WASHINGTON UNIVERSITY HOSPITAL
PO BOX 100507
ATLANTA, GA.
Tel # 800-486-4760
Fax # 312.962.6101

GEORGE WASHINGTON UNIVERSITY HOSPITAL

To: MITZI PATRICK    Fax: 202-424-3301

From: BONITA WARD    Date: 09-23-03

Re: DARRYL PATTERSON    Pages: 5

CC:

☐ Urgent    X For Review    ☐ Please Comment    X Please Reply    ☐ Please Recycl



CONFIDENTIAL

SELECTED DETAIL DATA                                    09/23/03  0932

PT NO:   107623605  PATTERSON ,DARRYL N       MR NO: 2308717      ACCT TYPE: O
REG: 06/27/03  DSCH:              FC: F  PT: T  EXP IND:   ACCT BAL:      386.00
-------------------------------------------------------------------- PAGE NO:   1
                                                                        PT BAL
     ACCT BAL              910   V                                      386.00
       386.00              .00                                          386.00

  SVC     POST    SVC CD   INS CD-DESCRIPTION/COMMENT-REF DATE          AMOUNT
  062703  063003  53218301  32     XR HIP JOINT 2V RT          320       223.00
  062703  070203  43022102  45     LEVEL 1 ED W/O PROCEDURES   450       163.00


---------------------------------------------------------------------------
 ! (PF14) RETURN TO COLL WKST     ! (PF3) SELECT DTL
 ! (PF15) RETURN TO PT OVERVIEW   ! (PF10) ACCT CMNTS      PF16 D/E ____

 PAQDTL01

SELECTED DETAIL DATA                                          09/23/03   0932

PT NO:   107611287   PATTERSON ,DARRYL N       MR NO: 2308717       ACCT TYPE: O
REG: 06/25/03  DSCH:              FC: F  PT: T  EXP IND:   ACCT BAL:      9775.50
------------------------------------------------------------------- PAGE NO:   1
                                                                          PT BAL
     ACCT BAL           910  V                                           9775.50
      9775.50           .00

 SVC    POST    SVC CD   INS CD-DESCRIPTION/COMMENT-REF DATE         AMOUNT
062503 070103 54007570   23    BACITRACIN 50MU        1 EA 250        21.50
062503 070103 54014311   23    CEFAZOLIN SODIUM 1G 1EA    250         24.25
062503 070103 54014311   23    CEFAZOLIN SODIUM 1G 1EA    250         24.25
062503 070103 54034558   23    INJ FENTANYL CITRATE 0.1MG 636         17.00
062503 070103 54074919   23    POLY B SULFATE 500MU 1EA   250         17.75
062503 070203 20123691   26    STOCKINETTE 36"                        22.75
062503 070203 20135059   26    SLEEVE HUNTLEIGH THIGH REGULAR        205.25
062503 070203 20173555   26    PBDS MODULE LIMB                      324.25
062503 070103 21050083   26    I&O-GENERAL                           439.50
062503 070103 51000057   30    BMP                        300         99.75
---------------------------------------------------------------------------
 ! (PF14) RETURN TO COLL WKST    ! (PF3) SELECT DTL
 ! (PF15) RETURN TO PT OVERVIEW  ! (PF10) ACCT CMNTS       PF16 D/E ____
                  ! (PF7) NEXT                             ! (PF9) LAST

 PAQDTL01

SELECTED DETAIL DATA                          09/23/03  0932

PT NO:    107611287  PATTERSON ,DARRYL N      MR NO: 2308717      ACCT TYPE: O
REG: 06/25/03  DSCH:              FC: F  PT: T  EXP IND:    ACCT BAL:    9775.50
------------------------------------------------------------- PAGE NO:    2
    ACCT BAL         910   V                                        PT BAL
     9775.50          .00                                          9775.50

SVC    POST    SVC CD   INS CD-DESCRIPTION/COMMENT-REF DATE              AMOUNT
062503 070103 51009579  30     CBC AUTO W/AUTO DIFF        305            43.75
062503 070303 51017986  31     PATH LEVEL 2               312            51.50
062503 070303 51018075  31     DECALCIFY TISSUE           312            41.50
062503 070103 53217550  32     XR HAND 3V LT              320           167.25
062503 070403 43021302  45     INJECTION IV               450           132.25
062503 070403 43021302  45     INJECTION IV               450           132.25
062503 070403 43021302  45     INJECTION IV               450           132.25
062503 070403 43021302  45     INJECTION IV               450           132.25
062503 070403 43022508  45     LEVEL 5 ED W/O PROCEDURES  450           979.25
062503 070203 20007092  52     EMERGENCY SURGERY                        545.75
-------------------------------------------------------------------------
 ! (PF14) RETURN TO COLL WKST      ! (PF3) SELECT DTL
 ! (PF15) RETURN TO PT OVERVIEW    ! (PF10) ACCT CMNTS     PF16 D/E ____
 ! (PF6) PREVIOUS     ! (PF7) NEXT     ! (PF8) BEGINNING      ! (PF9) LAST
PAQDTL01

SELECTED DETAIL DATA                              09/23/03   0931

PT NO:    107611287  PATTERSON ,DARRYL N      MR NO: 2308717      ACCT TYPE: O
REG: 06/25/03  DSCH:              FC: F  PT: T  EXP IND:    ACCT BAL:    9775.50
---------------------------------------------------------------- PAGE NO:    3
     ACCT BAL            910   V                              PT BAL
      9775.50            .00                              9775.50

 SVC     POST    SVC CD   INS CD-DESCRIPTION/COMMENT-REF DATE        AMOUNT
 062503  070203  20144358   52      TIME CHARGE 1ST HALF HOUR INPT    1700.50
 062503  070203  20144366   52      TIME CHRGE EA ADDL 1/2 HOUR IN    2141.50
 062503  070103  54062179   68      MORPHINE 2MG/ML        1 ML   636    5.50
 062503  070103  54078811   68      PROMETHAZ 25MG/ML 1ML AMP     636    5.50
 062503  070103  54098579   68      MIDAZOLAM INJ 1MG            636    8.75
 062503  070103  20460044   71      O/P FIRST HOUR -- PACU          1115.00
 062503  070103  20460119   71      O/PT ADL 1/2 HOJRS--PACU        1120.00
 062603  070703  51017994   31      PATH LEVEL 3                 312   83.00
 062603  070703  51018075   31      DECALCIFY TISSUE             312   41.50

---------------------------------------------------------------------------
 ! (PF14) RETURN TO COLL WKST     ! (PF3) SELECT DTL
 ! (PF15) RETURN TO PT OVERVIEW   ! (PF10) ACCT CMNTS      PF16 D/E ____
 ! (PF6) PREVIOUS                   ! (PF8) BEGINNING
PAQDTL01

**GEORGE WASHINGTON UNIVERISITY HOSPITAL**
**Business Office**
*7125  Columbia Gateway Drive*
*Suite 375*
*Columbia, MD 20146*
*Business (443) 285-0715*
*Hospital (202) 715-4905*
*July 23, 2003*

*Dear Mr. David Webster ,*

*Here is the itemized bill you requested in the mail for Darryl Patterson .  If there is anything else I may help you with feel free to call.  But for  medical  records you will have to request that from their department. Their telephone number is (202) 715-5324. Thank you and have a bless day.*

*Tyronda C. Harper*

*Patient Accounts*
*(202) 715-4905 ext.100*

```
--------------------------------------------------------------------------
GEORGE WASHINGTON UNIV. HOSP.        PHONE 202-715-4905          PG#   1
P.O. BOX 100507                      TID# 23-2896725            DATE: 07/23/03
ATLANTA,        GA  30384            FC:  F     PT:  T          ACCT TYPE: O
--------------------------------------------------------------------------
PATIENT NAME: PATTERSON ,DARRYL N      PATIENT NUMBER:   107611287
ADMIT DATE:  06/25/03  DISCHARGE DATE:            BIRTH DATE:  03/10/1964
--------------------------------------------------------------------------
GUAR: PATTERSON          DARRYL             |ACCOUNT BALANCE:       9775.50
NAME  1113 E CAPT ST SE                     |------------------------------
ADDR  WASHINGTON              DC  200030000 |PATIENT BALANCE:           .00
--------------------------------------------------------------------------
DATE   SERVICE DESC   SVC CD INS1: 910   INS2:       INS3:       PATIENT
       QUANTITY       BAL:|   9775.50                               .00
--------------------------------------------------------------------------
```

| DATE | QUANTITY | SERVICE DESC | SVC CD | INS1: 910 | INS2: | INS3: | PATIENT |
|------|----------|--------------|--------|-----------|-------|-------|---------|
| 062503 | 1 23 | BACITRAC | 54007570 | 21.50 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 23 | CEFAZOLI | 54014311 | 24.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 23 | CEFAZOLI | 54014311 | 24.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 23 | INJ FENT | 54034558 | 17.00 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 23 | POLY B S | 54074919 | 17.75 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 26 | STOCKINE | 20123691 | 22.75 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 26 | SLEEVE H | 20135059 | 205.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 26 | PBDS MOD | 20173555 | 324.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 26 | I&O-GENE | 21050083 | 439.50 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 30 | BMP | 51000057 | 99.75 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 30 | CBC AUTO | 51009577 | 43.75 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 31 | PATH LEV | 51017986 | 51.50 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 31 | DECALCIF | 51018075 | 41.50 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 32 | XR HAND | 53217550 | 167.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 45 | INJECTIO | 43021302 | 132.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 45 | INJECTIO | 43021302 | 132.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 45 | INJECTIO | 43021302 | 132.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 45 | INJECTIO | 43021302 | 132.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 45 | LEVEL 5 | 43022508 | 979.25 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 52 | EMERGENC | 20007092 | 545.75 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 52 | TIME CHA | 20144358 | 1700.50 | 0.00 | 0.00 | 0.00 |
| 062503 | 2 52 | TIME CHR | 20144366 | 2141.50 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 68 | MORPHINE | 54062179 | 5.50 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 68 | PROMETHA | 54078811 | 5.50 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 68 | MIDAZOLA | 54098579 | 8.75 | 0.00 | 0.00 | 0.00 |
| 062503 | 1 71 | O/P FIRS | 20460044 | 1115.00 | 0.00 | 0.00 | 0.00 |
| 062503 | 5 71 | O/PT ADL | 20460119 | 1120.00 | 0.00 | 0.00 | 0.00 |
| 062603 | 1 31 | PATH LEV | 51017994 | 83.00 | 0.00 | 0.00 | 0.00 |
| 062603 | 1 31 | DECALCIF | 51018075 | 41.50 | 0.00 | 0.00 | 0.00 |

```
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
GEORGE WASHINGTON UNIV. HOSP.      PHONE 202-715-4905      SUMMARY PAGE:#   1
P.O. BOX 100507                    TID# 23-2896725              DATE: 07/23/03
ATLANTA,        GA  30384          FC:          PT:         ACCT TYPE: O
--------------------------------------------------------------------------
PATIENT NAME: PATTERSON ,DARRYL N       PATIENT NUMBER:     107611287
ADMIT DATE:  06/25/03  DISCHARGE DATE:            BIRTH DATE:  03/10/1964
--------------------------------------------------------------------------
GUAR: PATTERSON          DARRYL        |ACCOUNT BALANCE:      9775.50
NAME  1113 E CAPT ST SE                |------------------------------
ADDR  WASHINGTON              DC  200030000 |PATIENT BALANCE:          .00
--------------------------------------------------------------------------
TOTAL CHARGES:      9775.50    INS1: 910      9775.50   INS2:
                               INS3:                    INS4:
-----------------------------TOTAL AMT:------INSURANCE:---------PATIENT:---
     1     PHARMACY              124.50          124.50            0.00
     2     MED/SURG SUPPLY       991.75          991.75            0.00
     3     LABORATORY            361.00          361.00            0.00
     4     RADIOLOGY             167.25          167.25            0.00
     5     EMERGENCY ROOM       1508.25         1508.25            0.00
     6     OPER ROOM            4387.75         4387.75            0.00
     7     RECOVERY ROOM        2235.00         2235.00            0.00
```

--------------------------------------------------------------------------

@@1B45@