Curriculum Vitae

SHARON L. REAVIS

## EDUCATION AND CREDENTIALS

Master of Science, Rehabilitation Counseling, Virginia Commonwealth University, 1986.

Bachelor of Science, Professional Arts/Health Care Administration, St. Joseph's College, 1981.

Registered Professional Nurse, Riverside Hospital School of Professional Nursing, 1966.

Licensed as a Registered Nurse, Current, 1966, #37047, State of Virginia.

Certified as a Rehabilitation Counselor, Current, 1982, #15511, Commission on Rehabilitation Counselor Certification.

Certified by the National Board for Certified Counselors, Current, 1982, #6989.

Certified as a Certified Case Manager, 1993 to Present, #M-00009, Current, Commission For Case Management Certification.

Certified as a Rehabilitation Provider, 1994 to present, #0715-000271, Current, Board of Professional Counselors, Virginia.

Fellow, International Academy of Life Care Planners, 1998 #0001.

## CONTINUING EDUCATION

Post Graduate Studies, Virginia Commonwealth University.

Attendance at frequent seminars and conferences with emphasis on Brain Injury, Spinal Cord Injury, and Case Management topics; Provide Lectures on Various Case Management Topics.

## HONORS AND ACHIEVEMENTS

Valedictorian, Riverside School of Nursing

Clinical Achievement Award, Riverside School of Nursing

Academic Achievement Award, Virginia Commonwealth University

Elected to Phi Kappa Phi, Honor Society

**Curriculum Vitae**                                                                                                     Page 2
SHARON L. REAVIS

## PROFESSIONAL EXPERIENCE

<u>Medical Case Manager</u>, Health Information Resources, Current

<u>Adjunct Faculty</u>, Virginia Commonwealth University, Department of Rehabilitation Counseling, Course Title: Medical Information for Rehabilitation Counselors, 1986-1989.

<u>Vocational Consultant</u>, Metropolitan Hospital, Center for Pain Control, 1989.

<u>District Manager</u>, Resource Opportunities, Inc., Richmond, Virginia; providing rehabilitation case management services, 1987-1989.

<u>Branch Manager</u>, Intracorp, Richmond, Virginia; providing rehabilitation case management and medical review services, 1984-1987.

<u>Medical Consultant</u>, Virginia Department of Rehabilitation Services, 1984.

<u>Regional Manager</u>, Resource Opportunities, Inc., Richmond, Virginia; providing rehabilitation case management services, 1980-1984.

<u>Rehabilitation Consultant</u>, Resource Opportunities, Richmond, Virginia; providing rehabilitation case management services, 1978-1980.

<u>Head Nurse B</u>, Renal Hemo-Dialysis Unit, Medical College of Virginia, Richmond, Virginia, 1970.

<u>Head Nurse A</u>, Coronary Care Unit, Medical College of Virginia, Richmond, Virginia, 1968-1971.

<u>Staff Nurse</u>, Intensive Care Unit, St. Mary's Hospital, Richmond, Virginia, 1968.

<u>Staff Nurse</u>, Coronary Care Unit, Riverside Hospital, Newport News, Virginia, 1967.

Curriculum Vitae                                                                                           Page 3
SHARON L. REAVIS

## PROFESSIONAL AND COMMUNITY INVOLVEMENT

Served on The Governor's Committee for the Study of Medical Services for the State of Virginia, 1978.

Elected to Outstanding Young Women of America, 1978.

Board of Directors, Resource Opportunities, Inc., 1979 - 1984.

Legislative Chairman, The Virginia Association of Rehabilitation Nurses, 1983.

Special Council Representative, The Virginia Nurses Association, 1982-1985.

Professional Practice Committee, The Virginia Nurses Association, 1985, 1986.

Board of Directors, Practical Care Corp Home Health, 1985 - 1987.

American Spinal Cord Injury Nurses Association, Member 1989 - Present.

National Rehabilitation Nurses Association, 1979 - Present.

National Association of Rehabilitation Providers in the private sector, Regional Representative, 1990.

Advisory Committee for the Department of Rehabilitation Counseling, Virginia Commonwealth University, 1986.

Developed a Medical Fee Schedule for the Virginia Department of Rehabilitation Services, 1984.

Brain Injury Association, National Member, 1989 to present.

Brain Injury Association of Virginia, Inc., Virginia Chapter, Member, 1989 to present.

Individual Case Management Association, Member, 1990 to present.

Case Management Society of America, 1991 to present.

Member, Sheltering Arms Consumer Advisory Committee, Sheltering Arms Rehabilitation Hospital, Richmond, Virginia, 1993-1994.

National Rehabilitation Association, Member, 1997 to present.

**Curriculum Vitae**  
SHARON L. REAVIS

Page 4

Member, <u>Advisory Board, International Academy of Life Care Planners</u>, 1996 to present.

Member, <u>Expert Panel: Study of Roles and Functions of Case managers</u>; Commission for Case Manager Certification, 1997 - Present.

Chairman, Standards Committee, <u>International Academy of Life Care Planners</u>, 1998.

Member, <u>National Coalition of Life Care Planners</u>, 2001 - Present.