# Professional Resume
## of
## PEDER K. MELBERG, M.A., C.R.C.

**Business:**

4510 Cox Road, Suite 102
Rowe Plaza Bldg.
Glen Allen, Virginia  23060
(804) 747-9937
vr.peder@erols.com

**Home:**

9128 Covington Ridge Court
Mechanicsville, Virginia  23116
(804) 730-8898

## Professional Experience

**May, 1989 - present**
   Vocational Resources
   Richmond, Virginia
   Position: Vocational Evaluator/Rehabilitation Counselor

**January, 1988 - May, 1989**
   Rehabilitation Experts (STEPS, Inc.)
   Richmond, Virginia
   Position: Rehabilitation Counselor/Project Manager

**August, 1984 - January, 1988**
   Resource Opportunities, Inc.
   Richmond, Virginia
   Position: Vocational Expert (Nov. 1986 - Jan. 1988)
             District Manager (Aug. 1984 - May, 1987)
             Vocational Rehabilitation Consultant (Aug. 1984 - Jan. 1988)

**February, 1985 - June, 1986**
   Richmond Metropolitan Hospital Center for Pain Control
   Richmond, Virginia
   Position: Rehabilitation Consultant (subcontractor)

**December, 1981 - August, 1984**
   Rehabilitation Care Consultants, Inc.
   Madison, Wisconsin
   Position: Vocational Rehabilitation Consultant (Dec. 1981 - Aug. 1984)
             Director of Vocational Evaluation (Sept. 1982 - Aug. 1984)
             Regional Manager (Dec. 1982 - June, 1984)

## Education

December, 1981
    University of Wisconsin
    Department of Studies in Behavioral Disabilities
    Madison, Wisconsin
    Degree: Master of Arts
    Major: Vocational Rehabilitation Counseling/Psychology
    Specialized Course Work In: Vocational Evaluation, Job Placement,
        Medical Aspects of Disabling Conditions, Counseling and
        Career Development, Occupational Aspects of Disabling
        Conditions

May, 1976
    University of Wisconsin
    Department of Psychology
    Madison, Wisconsin
    Degree: Bachelor of Arts
    Major: Psychology
    Specialized Course Work In: Clinical Psychology

## Professional Certification

Certified Rehabilitation Counselor (C.R.C.): Commission on
    Rehabilitation Counselor Certification, Certificate No. 15598
    (1982 to present)

Diplomate: American Board of Vocational Experts (A.B.V.E.)
    Diplomate Certificate No. 181773 (1990 to present)

Certified Rehabilitation Provider: Board of Licensed Professional
    Counselors, Marriage and Family Therapists and Substance Abuse
    Professionals
    Commonwealth of Virginia, License No. 0715000913
    (1994 to present)

## Professional Development

Served as invited speaker to various groups including rehabilitation agencies and firms, law firms, claims departments, employers, and professional associations.

**October, 1990 - March, 1994**
Legislative Committee Member, VA NARPPS

**October, 1987 - October, 1991**
Contracted as Vocational Expert for Social Security Administration Disability Hearings Program.

**January, 1984**
Elected as Secretary, Wisconsin Association of Rehabilitation Professionals (WARP)

**March, 1983**
Corporate Crusade Captain, American Cancer Society, Madison, Wisconsin

## Professional Association Memberships

National Rehabilitation Association (NRA)

National Rehabilitation Counseling Association (NRCA)

National Association of Rehabilitation Professionals in the Private Sector (NARPPS)

Virginia Chapter of the National Association of Rehabilitation Professionals in the Private Sector (VA NARPPS), Charter Member

Virginia Rehabilitation Association (VRA)

Virginia Rehabilitation Counseling Association (VRCA)

Virginia Brain Injury Association

American Board of Vocational Experts

Revised January, 2000