UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARRYL PATTERSON** | : |
| **Plaintiff,** | : |
| v. | : Case No. 05-1105 |
| | : |
| **WMATA, et al** | : |
| **Defendants.** | : |

### CERTIFICATE OF DISCOVERY

I hereby certify that on March 1st, 2006, I served on all counsel Plaintiff Darryl Patteron's Answers to Defendant's First Set of Interrogatories and Plaintiff's Response to Defendant's Request for Production of Documents, that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC

By: /s/ Paul Cornoni
Paul Cornoni                               #489398
1919 M Street N.W.
Suite 350
Washington, D.C. 20036
Phone: (202) 463-3030
Counsel for Plaintiff