# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DARRYL PATTERSON                          :
                                          :
                        Plaintiff,        :
                                          :
v.                                        :        Civil No.05-1105 (RCL)
                                          :
CORLEY CLARENCE, et al.                   :
                                          :
                        Defendants.   :

## P R A E C I P E

Please enter this case as SETTLED and DISMISSED with prejudice with each

party to bear its own costs.

Respectfully submitted,

Date: 4/21/06

Jonathan E. Halperin #435512
Paul Cornoni        #489398
1919 M St., N.W.
Ste 350
Washington, D.C.  20036
Attorney for Plaintiff

Date: 3/20/06

Sara L. Bloom,   DCBN: #459926
Associate General Counsel
WMATA
600 Fifth Street, NW
Room 2B-08
Washington, D.C.  20001
(202) 962-2420
Attorney for Defendant